**FEE PAID**

FILED

1. Name: ~~Presley~~ Corey S.
2. Address: 21825 Erwin St, 106's
3. Woodland Hills, CA 91367
4. Phone: 213-973-9124
5. Fax:
6. In Pro Per

2025 SEP 17 PM 4:25

CLERK U.S. [...]
CENTRAL DI[...]
LOS ANGELES

rsm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Presley, Corey S.

Plaintiff

v.

UNITED STATES DISTRICT COURT

Defendant(s)

CASE NUMBER: 2:25-MC-00095-UA

Petition for Clerk Certification ~~of Compliance~~ & Affix Seal

INRE: Request for Certification of Compliance & Clerk Affixed Seal under 28 USC § 953

Comes Now, Presley, Corey appearing in his capacity as Trustee and Authorized Representative of Corey Scott Presley Estate Bank & Trust, respectfully Petitions this Honorable Court to open a Miscellaneous Case docket for the limited Purpose of obtaining Clerk Certification Pursuant to:

- 28 U.S.C. § 953 (Clerk's Authority to Affix the Seal), and
- Fed. R. Civ. P. 44(a)(1) (Official Certification of Documents)

Petitioner has prepared financial and contractual instruments requiring certification of statutory compliance for ministerial settlement purposes. This Petition does NOT seek litigation or adjudication on the merits, but merely invokes the Clerk's ministerial duty to authenticate and certify documents as required by law.

Wherefore, Petitioner respectfully requests:
1. The Clerk open this matter as a Miscellaneous Case.
2. The Clerk affix the seal of the Court and issue official certification of compliance with Federal law for the documents tendered.
3. Any Further Relief deemed just and Proper.

09-17-2025
Respectfully,
[signature]
UCC 1-308
213-973-9124
CSPRESLEY@gmail.com

Presley, Corey-S. agent Attorney-in-fact
CAF #0318-62962R
C o COREY S. PRESLEY PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



\*Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

## Exhibit 1 — MINISTERIAL SAFE HARBOR

All officers, escrow agents, and affiliates act solely in a ministerial capacity.

You are not liable for execution, securitization, or procedural mechanics.

All execution and procedural liability is expressly assumed and indemnified by: **COREY SCOTT PRESLEY** Full Faith & Credit- 23012444-1.

Your role is **administrative only**, identical to daily escrow settlements.

Respectfully tendered, Corey S. Presley
Trustee, CAF# 0316-62962R
Corey Scott Presley Estate Bank & Trust (EIN: 33-7061348)

NOTICE:
This document is not intended to threaten,
harass, hinder or obstruct any lawful
operations. It is for the purpose of obtaining
lawful and legal remedy/redemption as is
provided by law and is tendered with
honorable intentions.

Page _____

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

# CERTIFICATION REQUEST – CLERK OF COURT

Date:- 09-17-2025

**To:** Clerk of the Court
United States District Court
Central District of California
~~350 West 1st Street, Suite 4311~~ 255 E TEMPLE St.
Los Angeles, CA 90012-~~4565~~ 3332

**From:**
Corey Scott Presley
21825 Erwin Street, #1083
Woodland Hills, California 91367
(213) 973-9124

Re: Request for Clerk Certification of Compliance Filing (Miscellaneous Docket)

Dear Clerk:
Please accept the enclosed packet of documents for **Certification of Statutory Compliance**.
This submission is tendered for **compliance certification only** — not adjudication — in accordance with ministerial duties of the Clerk.

I respectfully request the following handling:
   1. **Originals** – To be reviewed, witnessed, and immediately returned to me, as they are reserved for presentation to the bank (Bank of America) for securitization and settlement.

   2. **Copies** – Please certify and retain one copy for the Court's record, and certify and return one copy to me for my records.

   3. **Certification** – Certification requested under the Clerk's ministerial authority, reflecting receipt, conformity, and filing under the Miscellaneous Docket.

This procedure ensures that the Court has a verified record while preserving the originals for their proper statutory function. This letter is not a request for adjudication. It is presented solely to create a record of compliance within the U.S. Trustee Program, in line with its statutory role in ensuring conformity to federal law.

Thank you for your attention and prompt ministerial execution of this request.

Respectfully submitted,
UCC 1-308

**Authorized Autograph:** _Presley, Corey_
Presley, Corey

Presley, Corey S./Power of Attorney for COREY S. PRESLEY, (with recognition and agreement of such separation & authority, by the Internal Revenue Service, signified by the issuance of CAF #0316-62962R).

NOTICE:
This document is not intended to threaten,
harass, hinder or obstruct any lawful
operations. It is for the purpose of obtaining
lawful and legal remedy/redemption as is
provided by law, and is tendered with
honorable intentions.

Page _____

PAS-20250820-CSP-LLANO5187-001

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

**From:** Presley, Corey S. Trustee CAF# 0316-62962R
**On behalf of:** Corey Scott Presley Estate Bank & Trust (EIN: 33-7061348)
**Full Faith & Credit of the United States Government 23012444-1**

~~To: Office of the UNITED STATES TRUSTEE~~
~~915 Wilshire Blvd., Suite 1850~~
Los Angeles, CA 90017

Exhibit 2

**Re:** Compliance Opinion — Multi-Class Secured Obligation (House + Automobile Acquisition)

This Independent Opinion Letter is submitted for the sole purpose of **verifying compliance, ONLY,** with federal statute, in support of the lawful tender of instruments relating to:

- Real Property Acquisition: 5187 Llano Dr, Woodland Hills, CA 91364
- Automobile Acquisition: 2025 Range Rover Autobiography
- **Total Obligation (including 35% buffer): $2,492,864.79**

*Opinion*

Based on review, the instruments executed and tendered in this matter (Promissory Note, ~~STD-65 Purchase Orders,~~ ~~RPA-CA,~~ is in substantial conformity with federal statutory requirements. Specifically, compliance is noted with:

    **1. Federal Reserve Act §401(18)(6):** Promissory notes, drafts, and bills of exchange constitute eligible obligations for deposit with Federal Reserve Banks.

    **2. 12 USC §411:** Notes and obligations of the United States are lawful tender when presented for discharge of debt.

    **3. UCC §3-603 (Tender):** Tender of payment discharges the obligation by operation of law.

    **4. OCC Allowance for Loan & Lease Losses (ALLL):** Promissory notes and similar instruments are recognized as bankable collateral.

    **5. Operating Circular No. 10 (Federal Reserve):** Pledged collateral includes promissory notes and trade acceptances.

*Certification*

I hereby certify, under penalty of perjury, that the instruments included in the Multi-Class Secured Obligation are:

- Statutorily authorized as lawful tender,
- Compliant with governing statutes and regulations, and
- Ready for ministerial execution by any member bank or escrow agent.

By:_____/_____ Date:_____
                                                        Title

Presley, Corey S./Power of Attorney for COREY S. PRESLEY, (with recognition and agreement of such separation & authority, by the Internal Revenue Service, signified by the issuance of CAF #0316-62962R).

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

Page _____

PAS-20250820-CSP-LLANO5187-001

Exhibit 3 — Promissory Note

# PROMISSORY NOTE
## NON-NEGOTIABLE

*A Promissory Note/UNCITRAL convention International Bill of Exchange, a Security/Government Obligations as defined in the statute, (see the March 9, 1933 Congressional Act and Section 18 paragraph 6 of the Federal Reserve act respecting securities and government obligations).*

NOTE NO. ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

United States Postal Service Registered Mail Number: RF 179 059 277 US

**Payor:** COREY SCOTT PRESLEY *(Full Faith & Credit of the United States Government: 23012444-1)*
**Trustee / Authorized Signatory:** Presley, Corey S. *(CAF # 0316-62962R)*
**Beneficiary / Asset Holder:** Corey Scott Presley Estate Bank & Trust

**Address:** 21825 Erwin Street, 1083
Woodland hills, california republic
Zip exempt, near [91367]

**Date:** _____, 2025

Federal Reserve Act section 401 security, bill of exchange, legal tender a united state government (drawee) obligations, as authorized by statute.

**$ 2,492,864.79**
12 USC § 411

**Pay to the order of:** Escrow Holder: Bank of America, Topanga & Sherman Way Branch
*(and/or assigns, care of escrow/clearing agent)* (payee).

*Immediately or upon demand, an international bill of exchange UNCITRAL convention, payor is a foreign state.*

**Amount Tendered:** Two million, four hundred ninety two thousand, eight hundred sixty four dollars, & 79/100
12 USC § 411

**Disclaimer and Official Notification:**
"…as used in this order the term "banking institutions" shall include all … banks … *or persons, engaged in the business of receiving deposits, making loans, … or transacting any other form of banking business.* (reliance on section 401 of the national banking emergency act, and the amendment to the Federal Reserve act section 18 paragraph 6, and the congressional record for March 9, 1933 along with the intentions of congress granting the treasury supreme authority to seize all of the gold in the country from individuals, companies and corporations). Title IV: Sec. 401. The sixth paragraph of Section 18 of the Federal Reserve Act is amended to read as follows: "Upon the deposit with the treasurer of the united States (a) of any direct obligations of the united States or (b) of any notes, drafts, bills of exchange, or bankers' acceptances acquired under the provisions of this act, any Federal Reserve Bank making such deposit in the manner prescribed by the Secretary of the Treasury shall be entitled to receive from the Comptroller of the Currency … notes shall be equal to the face value of the direct obligations of the united States so deposited as security; and, when issued against the security of notes, drafts, bills of exchange, and bankers' acceptances acquired under the provisions of this act, the amount thereof shall be equal to not more than 90 percent of the estimated value of such notes, drafts, bills of exchange, and bankers' acceptances so deposited as security. Such notes shall be the obligations of the Federal Reserve Bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the united States for the same purposes as are national-bank notes, and shall be redeemable in lawful money of the united States on presentation at the united States Treasury or at the bank of issue…"

**Governing Law:** California, UCC Article 3, and applicable federal law.

**Routing and Settlement:** Payable through Federal Reserve pass-through clearing, or equivalent bank IPC, with recording of UCC-1 filed securing the Note. This Note is identified and cleared under, *Full Faith & Credit of the United States Government*: 23012444-1

**Terms:** This Note constitutes lawful tender of prepayment under UCC §3-603. Adjustments for insurance, maintenance, and escrow expenses in excess of initial principal are incorporated in full. This Note is supported by full faith and credit of the United States Government, and authorized under Federal Reserve Act, Title IV §401(18)(6), and relevant Emergency Banking Acts. Refusal to accept this Note constitutes ultra vires conduct, not authorized by law.

**Secondary Reference:** 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 / CAF# 0316-62962R
**Account Reference:** PAS-20250820-CSP-LLANO5187-001
**Property Location:** 5187 Llano Dr, Woodland Hills, CA 91364
    Parcel-2075033006
**Automobile:** 2025 Land Rover Range Rover Autobiography
    Deal # - 91976

*REFERENCE: This promissory note secures purchase order PAS-20250820-CSP-LLANO5187-001 for the acquisition of 5187 Llano Dr, Woodland Hills, Ca 91364, & 2025 Land Rover Range Rover. Titles for said properties are to be vested into Corey Scott Presley Estate Bank & Trust upon settlement.*

**By:** _____
Presley, Corey S. Trustee
for COREY SCOTT PRESLEY Issuer

NOTE NO. ‖‖‖‖‖‖‖‖‖‖‖‖‖ - United States Postal Service Registered Mail Number RF 179 059 277 US
VOID WHERE PROHIBITED BY LAW

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com

.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle



*Exhibit 3.1*

# "STATUTORY REQUIREMENT FOR PROMISSORY NOTES"
Multi-Class Secured Obligation (Real Property & Automobile Acquisition)
PAS-20250820-CSP-LLANO5187-001

| REQUIREMENT | SOURCE | PRESENT IN "MPN" | ✔ / ✘ |
|---|---|---|---|
| Unconditional Promise to Pay | UCC 3-104(a) | Explicit in body ("promise to pay") | ✔ |
| Fixed Sum Certain (Value in Numbers) | UCC 3-104(a) | $ [____] | ✔ |
| Fixed Sum Certain (Value in Words) | UCC 3-104(a) | [_____] Dollars | ✔ |
| Date of Issue / Payable "On Demand" | UCC 3-104(a)(2) | [Date or On Demand] | ✔ |
| Payor (Maker) Identified | UCC 3-104(a)(3) | COREY SCOTT PRESLEY | ✔ |
| Payee Identified (Order/Bearer) | UCC 3-104(a)(1) | [Seller / Escrow Holder] | ✔ |
| Signature / Autograph of Maker | UCC 3-104(a)(3) | Wet Ink Autograph | ✔ |
| Definite Time for Payment | UCC 3-104(a)(2) | "On Demand" / Settlement Date | ✔ |
| Transferability (Endorsable/Assignable) | UCC 3-104(a)(1) | "Pay to the Order of" language | ✔ |
| Authority (Statutory Basis) | FRA §13; 31 U.S.C. §5103 | Cited in Note | ✔ |

## CERTIFICATION

This Master Promissory note satisfies all statutory elements of a lawful negotiable promissory note.

Certification is respectfully requested to confirm compliance.

By:_____/_____ Date:_____
                                                    Title

Presley, Corey-S./Power of Attorney for COREY S. PRESLEY, (with recognition and agreement of such separation & authority, by the Internal Revenue Service, signified by the issuance of CAF #0316-62962R).

**NOTICE:**
This document is **not** intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

Page -_____                                              PAS-20250820-CSP-LLANO5187-001

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

# CERTIFICATION REQUEST – CLERK OF COURT

Date: 09-17-2025

**To:** Clerk of the Court
United States District Court
Central District of California
~~350 West 1st Street, Suite 4311~~ 255 E. TEMPLE ST.
Los Angeles, CA 90012-~~4565~~ 3332

**From:**
Corey Scott Presley
21825 Erwin Street, #1083
Woodland Hills, California 91367
(213) 973-9124

Re: Request for Clerk Certification of Compliance *ONLY ~~Filing~~ (Miscellaneous Docket)

Dear Clerk:
Please accept the enclosed packet of documents for **Certification of Statutory Compliance**. This submission is tendered for **compliance certification only** — not adjudication — in accordance with ministerial duties of the Clerk.

I respectfully request the following handling:

    1. **Originals** – To be reviewed, witnessed, and immediately returned to me, as they are reserved for presentation to the bank (Bank of America) for securitization and settlement.

    2. **Copies** – Please certify and retain one copy for the Court's record, and certify and return one copy to me for my records.

    3. **Certification** – Certification requested under the Clerk's ministerial authority, reflecting receipt, conformity, and filing under the Miscellaneous Docket.

This procedure ensures that the Court has a verified record while preserving the originals for their proper statutory function. This letter is not a request for adjudication. It is presented solely to create a record of compliance within the U.S. Trustee Program, in line with its statutory role in ensuring conformity to federal law.

Thank you for your attention and prompt ministerial execution of this request.

Respectfully submitted,

**Authorized Autograph:** _Presley, Corey_

Presley, Corey

Presley, Corey S./Power of Attorney for COREY S. PRESLEY, (with recognition and agreement of such separation & authority, by the Internal Revenue Service, signified by the issuance of CAF #0316-62962R).

**NOTICE:**
This document is **not** intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

Page _____

PAS-20250820-CSP-LLANO5187-001

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

**From:** Presley, Corey S. Trustee CAF# 0316-62962R
On behalf of: Corey Scott Presley Estate Bank & Trust (EIN: 33-7061348)
Full Faith & Credit of the United States Government 23012444-1

**To:** ~~Office of the UNITED STATES TRUSTEE~~  The Clerk of the Court USDC-Central
~~915 Wilshire Blvd., Suite 1850~~  255 E. Temple. St.
~~Los Angeles, CA 90017~~  Los Angeles, CA 90012-3332

**Re:** Compliance Opinion — Multi-Class Secured Obligation (House + Automobile Acquisition)
This Independent Opinion Letter is submitted for the sole purpose of **verifying compliance, ONLY,** with federal statute, in support of the lawful tender of instruments relating to:
•Real Property Acquisition: 5187 Llano Dr, Woodland Hills, CA 91364
•Automobile Acquisition: 2025 Range Rover Autobiography
•**Total Obligation (including 35% buffer): $2,492,864.79**

*Opinion*
Based on review, the instruments executed and tendered in this matter (Promissory Note, ~~STD-65 Purchase Orders,~~ RPA-CA, are in substantial conformity with federal statutory requirements. Specifically, compliance is noted with:

    **1. Federal Reserve Act §401(18)(6):** Promissory notes, drafts, and bills of exchange constitute eligible obligations for deposit with Federal Reserve Banks.
    **2. 12 USC §411:** Notes and obligations of the United States are lawful tender when presented for discharge of debt.
    **3. UCC §3-603 (Tender):** Tender of payment discharges the obligation by operation of law.
    **4. OCC Allowance for Loan & Lease Losses (ALLL):** Promissory notes and similar instruments are recognized as bankable collateral.
    **5. Operating Circular No. 10 (Federal Reserve):** Pledged collateral includes promissory notes and trade acceptances.

*Certification*
I hereby certify, under penalty of perjury, that the instruments included in the Multi-Class Secured Obligation are:
    • Statutorily authorized as lawful tender,
    • Compliant with governing statutes and regulations, and
    • Ready for ministerial execution by any member bank or escrow agent.

By:_____/_____ Date:_____
                                               Title

Presley, Corey S./Power of Attorney for COREY S. PRESLEY, (with recognition and agreement of such separation & authority, by the Internal Revenue Service, signified by the issuance of CAF #0316-62962R).

**NOTICE:**
This document is **not** intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

Page _____

PAS-20250820-CSP-LLANO5187-001

Presley, Corey-S.-agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com

*Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

# MINISTERIAL SAFE HARBOR

All officers, escrow agents, and affiliates act solely in a ministerial capacity.

You are not liable for execution, securitization, or procedural mechanics.

All execution and procedural liability is expressly assumed and indemnified by: **COREY SCOTT PRESLEY** Full Faith & Credit- 23012444-1.

Your role is **administrative only**, identical to daily escrow settlements.

Respectfully tendered, Corey S. Presley
Trustee, CAF# 0316-62962R
Corey Scott Presley Estate Bank & Trust (EIN: 33-7061348)

**NOTICE:**
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

Page _____

PAS-20250820-CSP-LLANO5187-001