: *Notice.
: [E]VIDENCE.
: Self-Executing Binding Agreement-
Contract – Obligation – Trust





FILED

2025 SEP 18  PH 1:58

*Notice to Agent is notice to principle.

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| COREY PRESLEY, Full faith & Credit - 23012444-1, Presley, Corey S. - CAF# 0316-62962R/Trustee of COREY SCOTT PRESLEY ESTATE BANK & TRUST(in receivership) <br> *Petitioner* <br><br> THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION <br> *Respondent* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  2:25-MC-00095-UA <br> *(to be filled in by the Clerk's Office)* <br><br><br> **MOTION FOR PROTECTIVE ORDER AND ORDER OF NON-DISCLOSURE** |

## II. INTRODUCTION

Petitioner respectfully moves this Court for a **Protective Order** pursuant to **Fed. R. Civ. P. 26(c)** and the Court's inherent authority, to ensure that proprietary trust instruments and federally compliant financial securities tendered for certification and ministerial settlement are maintained in confidence and **not publicly disclosed or placed on PACER**.

The purpose of this Motion is not to withhold information from settlement parties, but to Prevent the unnecessary disclosure of proprietary trust instruments and federally compliant financial securities, which if made public could result in misuse, confusion, & disruption."

## II. LEGAL BASIS

• Fed. R. Civ. P. 26(c)(1) permits protective orders for "good cause" to prevent disclosure of confidential or sensitive information.
•. Local Rule 79-5 (C.D. Cal.) permits documents to be filed under seal where justified.
•. Courts routinely seal proprietary financial instruments and trade secrets to protect integrity of proceedings (see Nixon v. Warner Commc'ns, Inc., 435 U.S. 589 (1978)).

NOTICE: This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

1

: *Notice.
: [E]VIDENCE.
: Self-Executing Binding Agreement-
Contract – Obligation – Trust



### III. GROUNDS FOR RELIEF

1. Hardship: Petitioner is a parent with a dependent minor; disclosure of private estate banking instruments would endanger financial security.
2. Proprietary Nature: The instruments include a Promissory Note, STD-65 Purchase Order, RPA-CA, and CUSIP assignments, which mirror sensitive government procurement and securitization structures.
3. Existing NDA: Petitioner and Bank of America have agreed to a Non-Disclosure Agreement, attached as Exhibit A. Judicial reinforcement of that NDA ensures compliance beyond private contract.
4. Ministerial Purpose: These instruments are tendered solely for escrow settlement and certification, not for adversarial litigation. No public benefit is served by disclosure.

### IV. RELIEF REQUESTED

Petitioner requests that this Court order:
1. All documents annexed to the Multi-Class Secured Obligation Acquisition Pack (including Promissory Note, STD-65, RPA-CA, CUSIPs, Settlement Instructions, and Appendix) be filed under seal and excluded from PACER/public docket.
2. Disclosure pertaining to all who review, including but not limited to:
    •. Petitioner;
    •. Bank of America escrow/settlement officers;
    •. Federal Reserve clearing agents;
    •. U.S. Trustee (if required).
3. Prohibit public teaching, coaching, or sharing, in any way.
4. Violation of this Order shall constitute contempt of court and carry appropriate sanctions.

———

### V. CONCLUSION

For good cause shown, Petitioner respectfully requests entry of the attached Protective Order and Order of Non-Disclosure.

Dated: 09-18-2025

Respectfully submitted,

Presley, Corey S., Su Juris Trustee,
COREY SCOTT PRESLEY ESTATE BANK & TRUST

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

NDA

: *Notice.
: [E]VIDENCE.
: Self-Executing Binding Agreement-
Contract – Obligation – Trust



## [PROPOSED ORDER]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

COREY SCOTT PRESLEY,

Petitioner.

Case No.: 2:25-MC-00095-UA

PROTECTIVE ORDER AND ORDER OF NON-DISCLOSURE

Upon review of Petitioner's Motion and for good cause shown, IT IS HEREBY ORDERED that:

   1. All instruments tendered by Petitioner in connection with certification and settlement shall be filed under seal.
   2. Access to said instruments is restricted to Petitioner, Bank of America escrow/ settlement officers, Federal Reserve clearing agents, and the U.S. Trustee (if required).
   3. No further disclosure, copying, or circulation shall occur without prior leave of this Court.
   4. Violation of this Order constitutes contempt and will subject the violator to sanctions.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

NDA

3

# PURCHASING AUTHORITY PURCHASE ORDER

STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION
STD. 65 (REV. 7/2003)

**Important Note:** Be sure to attach the Supplier's Instructions (page 2) to Purchasing Authority Purchase Order (page 1) before sending to Supplier. To hide this note, click on the Important Note

| Field | Value |
|---|---|
| CONTRACT REGISTRATION NUMBER | PAS-20250820-CSP-LLANO |
| AGENCY ORDER NUMBER | |
| AMENDMENT NO. | |
| DATE | ON DEMAND |
| PAGE OF PAGE | |

**SHIP TO:** Trust 03 21 TWO

**BILL TO:** SAME AS "SHIP TO"

AGENCY BILLING CODE
PURCHASING AUTHORITY NUMBER: 23012444-1
LEVERAGED PROCUREMENT AGREEMENT NO.
INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

**TO SUPPLIER ADDRESS:**
OWNER/SELLER OF RECORD FOR:
5187 LLANO DR
WOODLAND HILLS, CA 91364

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

**AGENCY OR BUYER INFORMATION:** AGENCY NAME / CONTACT NAME / CONTACT E-MAIL ADDRESS / CONTACT PHONE NUMBER / CONTACT FAX NUMBER / AGENCY TRACKING/REQUISITION NUMBER (Optional)

SUPPLIER CONTACT NAME / SUPPLIER PHONE NUMBER / SUPPLIER FAX NUMBER / SUPPLIER E-MAIL ADDRESS

PAYMENT TERMS: N/A
CERTIFICATION NUMBER
☐ Certified Small Business  ☐ Certified Microbusiness  EXPIRATION DATE  ☐ Certified DVBE  EXPIRATION DATE

REQUIRED DELIVERY DATE: IMMEDIATE
SHIPPING INSTRUCTIONS: ☑ F.O.B. Destination  ☐ F.O.B. FRT. PPD/ADD Freight not to exceed cost stated on P.O.  ☐ F.O.B. ORIGIN
CITY OF ORIGIN / STATE / ZIP CODE

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | 0 | $1,6550,000.00 |
| | | | | | | 0 | |
| 1 | | | 909-CONTING | | 35% BUFFER FOR 2 YEARS OF INSURANCE | | 0 |
| | 2YR | | | | •Property Taxes (LA County ~1.1%): ≈ $18,150 | $36,300.00 | $36,300.00 |
| | 2YR | | | | •Homeowner's Insurance | $14,850.00 | $14,850.00 |
| | 2YR | | | | •Maintenance (1% rule) | $31,000.00 | $31,000.00 |
| | 2YR | | | | •Utilities & contingency | $16,000.00 | $16,000.00 |
| | 2YR | | | | •Reserves/Inflation cu | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | 0 | $575,500.00 |

*Manually calculate and enter dollar amounts for: Taxable Subtotal, Installation, Shipping/Freight & Other Non-Taxable items. To hide this note, click on the Important Note Button.*

**TERMS AND CONDITIONS:**
A-1 ☑ General Provisions are incorporated herein by reference to:
  ☐ Form GSPD - 401Non-IT Commodities (revision date _____) OR ☐ Form GSPD - 401IT (revision date _____)
  ☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd
A-2 This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.
B ☐ Agency Special Provisions are attached and titled _____
C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages

PROCUREMENT METHOD:
☐ COMPETITIVE: Solicitation Number (if applicable) _____
☐ LEVERAGED   ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]   ☐ NON-COMPETITIVELY BID   ☑ EXEMPT

PROGRAM / CATEGORY (Code and Title): REAL PROPERTY ACQUISITION
FUND TITLE: FULL FAITH & CR
VERIFIED NO STATE SURPLUS AVAILABLE: ☑ YES ☐ NO
PAID BY CAL-CARD: ☐ YES ☑ NO

ITEM: 5187 Llano Dr., Woodland Hills,
CHAPTER: UCC 3-60
STATUTE: Federal R
FISCAL YEAR: 2025
OBJECT OF EXPENDITURE (CODE AND TITLE):

TAXABLE SUBTOTAL:
TAX RATE: SALES TAX 0
* INSTALLATION
* SHIPPING/FREIGHT
* OTHER NON-TAXABLE

*NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.*

**GRAND TOTAL: $2,225,500.00**

☐ O.E.  ☐ EQ.

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER
ADJUSTMENT INCREASING ENCUMBRANCES
ADJUSTMENT DECREASING ENCUMBRANCES

AUTHORIZING NAME (Print or Type): Presley, Corey S./Trustee/Signer
TITLE: Power of Attorney for
AUTHORIZING SIGNATURE: /s/ Presley Corey S.
CERTIFIED CORRECT (SIGNATURE):

DISTRIBUTION: Copy 1 - Supplier;  Copy 2 - DGS Procurement;  Copy 3 - Packing Slip;  Copies 4–6 - Agency Procurement File


Exhibit B

STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION
**PURCHASING AUTHORITY PURCHASE ORDER**
STD. 65 (REV. 7/2003)

## SUPPLIER INSTRUCTIONS

1. **INVOICES:** Unless otherwise specified, original invoices shall be sent to the "Bill To" address on the face of this document. Invoices shall be submitted in triplicate and shall include:

   - Contract registration number *(if applicable)*,
   - Agency order number,
   - Item number,
   - Services or Product ID number,
   - Unit price,
   - Extended item price, and
   - Invoice total amount.

   State sales tax, installation cost, shipping/freight costs, and/or other non-taxable costs shall be itemized separately and added to each invoice as applicable.

2. **REQUIRED PAYMENT DATE:** Payment will be made in accordance with the provisions of the California Prompt Payment Act, Government Code Section 927 et seq. Unless expressly exempted by statute, the Act requires state agencies to pay properly submitted, undisputed invoices not more than 45 days after (a) the date of acceptance of goods or performance of services; or (b) receipt of an undisputed invoice — whichever is later.

3. **SHIPPING INSTRUCTIONS:** When the Purchase Order or contract allows prepaid/add transportation charges, submit original receipted expense bills if freight charges are over $50.00. All shipments shall be F.O.B. Destination Freight Prepaid unless otherwise specified. All orders **MUST** include a copy of the packing slip inside the carton **AND** a copy securely attached to the **OUTSIDE** of the shipping carton.

# STATE OF CALIFORNIA – GENERAL SERVICES PROCUREMENT DIVISION
## PURCHASING AUTHORITY PURCHASE ORDER
STD. 65 (REV. 7/2003)

**5187 Llano Dr., Woodland Hills, CA 91364**

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-LLANO | | |

SUPPLIER: The numbers identified above MUST be shown on Invoice & Packing Slip.

| DATE | PAGE | OF PAGE |
|---|---|---|
| ON DEMAND | | |

**SHIP TO:** Trustee: Presley, Corey S. - CAF # 03

**BILL TO:** SAME AS "SHIP TO"

| AGENCY BILLING CODE | |
|---|---|
| PURCHASING AUTHORITY NUMBER | 23012444-1 |
| LEVERAGED PROCUREMENT AGREEMENT NO. | |

**TO SUPPLIER ADDRESS** (Type or Print Legibly): OWNER/SELLER OF RECORD FOR: 5187 LLANO DR WOO

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

**AGENCY OR BUYER INFORMATION**
- AGENCY NAME:
- CONTACT NAME:
- CONTACT E-MAIL ADDRESS:
- CONTACT PHONE NUMBER:
- CONTACT FAX NUMBER:
- AGENCY TRACKING/REQUISITION NUMBER (Optional):

SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS

| PAYMENT TERMS | CERTIFICATION NUMBER | Certified Small Business | Certified Microbusiness | EXPIRATION DATE | Certified DVBE | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| | N/A | ☐ | ☐ | | ☐ | |

| REQUIRED DELIVERY DATE | SHIPPING INSTRUCTIONS | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | ☐ F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| IMMEDIATE | | | | | | | |

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | 0 | $1,650,000.00 |
| | | | | | | 0 | |
| 1 | | | 909-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | | 2YR | | | ?Property Taxes (LA County ~1.1%): $18,150 | $36,300.00 | $36,300.00 |
| | | 2YR | | | ?Homeowner's Insurance(~0.45%): $7,425/y | $14,850.00 | $14,850.00 |
| | | 2YR | | | ?Maintenance (1%rule): $15,500/year | $31,000.00 | $31,000.00 |
| | | 2YR | | | ?Utilities & contingenciies: $8,000/year | $16,000.00 | $16,000.00 |
| | | 2YR | | | ?Reserves/Inflation cushion: | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | 0 | $575,500.00 |

**TERMS AND CONDITIONS**

A-1 ☑ General Provisions are incorporated herein by reference to:
☐ Form GSPD - 401Non-IT Commodities (revision date _____) OR ☐ Form GSPD - 401IT (revision date _____)
☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd

A-2 ☐ This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B ☐ Agency Special Provisions are attached and titled _____

C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ LEVERAGED ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)] ☐ COMPETITIVE: Solicitation Number (if applicable) _____ ☐ NON-COMPETITIVELY BID ☑ EXEMPT

| TAXABLE SUBTOTAL | |
|---|---|
| TAX RATE | SALES TAX: 0 |
| * INSTALLATION | |
| * SHIPPING/FREIGHT | |
| * OTHER NON-TAXABLE | |
| GRAND TOTAL | 0 $2,225,500.00 |

* NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.

| VERIFIED NO STATE SURPLUS AVAILABLE | PAID BY CAL-CARD |
|---|---|
| ☑ YES ☐ NO | ☐ YES ☑ NO |

| PROGRAM / CATEGORY (Code and Title) | FUND TITLE | CHAPTER | STATUTE(S) | FISCAL YEAR | OBJECT OF EXPENDITURE (CODE AND TITLE) | ☐ O.E. ☐ EQ. |
|---|---|---|---|---|---|---|
| REAL PROPERTY ACQUISI | FULL FAITH & CR | UCC 3-60 | Federal R | 2025 | | |

**ITEM:** 5187 Llano Dr., Woodland Hills,

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER

ADJUSTMENT INCREASING ENCUMBRANCES

ADJUSTMENT DECREASING ENCUMBRANCES

CERTIFIED CORRECT (SIGNATURE)

**AUTHORIZING NAME** (Print or Type): Presley, Corey S./Trustee/Signa
**TITLE:** Power of Attorney for

**AUTHORIZING SIGNATURE:** *[signed] Presley Corey S.*

DISTRIBUTION: Copy 1 - Supplier; Copy 2 - DGS Procurement; Copy 3 - Packing Slip; Copies 4-6 - Agency Procurement File

**DEPARTMENT OF GENERAL SERVICES**
Procurement Division
Data Entry Unit - Second Floor
P.O. Box 989052
West Sacramento, CA  95798-9052

# STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION
## PURCHASING AUTHORITY PURCHASE ORDER
STD. 65 (REV. 7/2003)

**CONTRACT REGISTRATION NUMBER:** PAS-20250820-CSP-LLAN0

**AGENCY ORDER NUMBER:**

**AMENDMENT NO.:**

5187 Llano Dr., Woodland Hills, CA 91364

**SUPPLIER:** The numbers identified above MUST be shown on Invoice & Packing Slip.

**DATE:** ON DEMAND

**PAGE OF PAGE:**

**SHIP TO:** Trustee: Presley, Corey S. - CAF # 03

**BILL TO:** SAME AS "SHIP TO"

**AGENCY BILLING CODE:**

**PURCHASING AUTHORITY NUMBER:** 23012444-1

**LEVERAGED PROCUREMENT AGREEMENT NO.:**

**TO SUPPLIER ADDRESS** (Type or Print Legibly): OWNER/SELLER OF RECORD FOR: 5187 LLANO DR WOO

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

**INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER:**

**AGENCY OR BUYER INFORMATION**

**AGENCY TRACKING/REQUISITION NUMBER** (Optional)

**AGENCY NAME:**
**CONTACT NAME:**
**CONTACT E-MAIL ADDRESS:**
**CONTACT PHONE NUMBER:**
**CONTACT FAX NUMBER:**

**SUPPLIER CONTACT NAME:**
**SUPPLIER PHONE NUMBER:**
**SUPPLIER FAX NUMBER:**
**SUPPLIER E-MAIL ADDRESS:**

**PAYMENT TERMS:**
**CERTIFICATION NUMBER:** N/A
☐ Certified Small Business
☐ Certified Microbusiness
**EXPIRATION DATE:**
☐ Certified DVBE
**EXPIRATION DATE:**

**REQUIRED DELIVERY DATE:** IMMEDIATE
**SHIPPING INSTRUCTIONS:**
☑ F.O.B. Destination FRT. PPD
☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O.
☐ F.O.B. ORIGIN
**CITY OF ORIGIN:**
**STATE:**
**ZIP CODE:**

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | | $1,6550,000.00 |
| | | | | | | | |
| 1 | | | 909-CONTINGE | | 35% BUFFER FOR 2 YEARS OF INSURANCE | | |
| | | 2YF | | | ?Property Taxes (LA County ~1.1%): $18,150/ | $36,300.00 | $36,300.00 |
| | | 2YF | | | ?Homeowner's Insurance(~0.45%): $7,425/y | $14,850.00 | $14,850.00 |
| | | 2YF | | | ?Maintenance (1%rule): $15,500/year | $31,000.00 | $31,000.00 |
| | | 2YF | | | ?Utilities & contingenciies: $8,000/year | $16,000.00 | $16,000.00 |
| | | 2YF | | | ?Reserves/Inflation cushion: | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | | $575,500.00 |

**TERMS AND CONDITIONS**

A-1 ☑ General Provisions are incorporated herein by reference to: ☐ Form GSPD - 401Non-IT Commodities (revision date ____) OR ☐ Form GSPD - 401IT (revision date ____)
☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd

A-2 ☐ This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B ☐ Agency Special Provisions are attached and titled ____

C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ LEVERAGED  ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]  ☐ COMPETITIVE: Solicitation Number (if applicable) ____  ☐ NON-COMPETITIVELY BID  ☑ EXEMPT

**TAXABLE SUBTOTAL:**
**TAX RATE:**
**SALES TAX:** 0

* NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.

* INSTALLATION
* SHIPPING/FREIGHT
* OTHER NON-TAXABLE

**PROGRAM / CATEGORY** (Code and Title): REAL PROPERTY ACQUISI
**FUND TITLE:** FULL FAITH & CR
**VERIFIED NO STATE SURPLUS AVAILABLE:** ☑ YES ☐ NO
**PAID BY CAL-CARD:** ☐ YES ☑ NO
**GRAND TOTAL:** $2,225,500.00

**ITEM:** 5187 Llano Dr., Woodland Hills, C
**CHAPTER:** UCC 3-60
**STATUTE:** Federal R
**FISCAL YEAR:** 2025
**OBJECT OF EXPENDITURE (CODE AND TITLE):**
☐ O.E.
☐ EQ.

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

**UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER:**

**ADJUSTMENT INCREASING ENCUMBRANCES:**

**AUTHORIZING NAME** (Print or Type): Presley, Corey S./Trustee/Signa
**TITLE:** Power of Attorney for

**ADJUSTMENT DECREASING ENCUMBRANCES:**

**AUTHORIZING SIGNATURE:** [signature]

**CERTIFIED CORRECT (SIGNATURE):**

DISTRIBUTION: Copy 1 - Supplier; Copy 2 - DGS Procurement; Copy 3 - Packing Slip; Copies 4-6 - Agency Procurement File

# STATE OF CALIFORNIA — GENERAL SERVICES PROCUREMENT DIVISION
## PURCHASING AUTHORITY PURCHASE ORDER
STD. 65 (REV. 7/2003)

**5187 Llano Dr., Woodland Hills, CA 91364**

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-LLANO | | |

**SUPPLIER:** The numbers identified above MUST be shown on Invoice & Packing Slip.

**DATE:** ON DEMAND     **PAGE** OF **PAGE**

**SHIP TO:** Trustee: Presley, Corey S. - CAF # 03

**BILL TO:** SAME AS "SHIP TO"

**AGENCY BILLING CODE:**
**PURCHASING AUTHORITY NUMBER:** 23012444-1
**LEVERAGED PROCUREMENT AGREEMENT NO.:**

**TO SUPPLIER ADDRESS** (Type or Print Legibly): OWNER/SELLER OF RECORD FOR: 5187 LLANO DR WOO

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

**INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER:**

**AGENCY OR BUYER INFORMATION** — AGENCY TRACKING/REQUISITION NUMBER (Optional)
AGENCY NAME | CONTACT NAME
CONTACT E-MAIL ADDRESS
CONTACT PHONE NUMBER | CONTACT FAX NUMBER

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|

| PAYMENT TERMS | CERTIFICATION NUMBER | Certified Small Business | Certified Microbusiness | EXPIRATION DATE | Certified DVBE | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| | N/A | ✓ | | | | |

| REQUIRED DELIVERY DATE | SHIPPING INSTRUCTIONS | F.O.B. Destination FRT. PPD | F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| IMMEDIATE | | ✓ | | | | | |

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | 0 | $1,650,000.00 |
| | | | | | | 0 | |
| 1 | | | 909-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | | 2YF | | | ?Property Taxes (LA County ~1.1%): $18,150 | $36,300.00 | $36,300.00 |
| | | 2YF | | | ?Homeowner's Insurance(~0.45%): $7,425/y | $14,850.00 | $14,850.00 |
| | | 2YF | | | ?Maintenance (1%rule): $15,500/year | $31,000.00 | $31,000.00 |
| | | 2YF | | | ?Utilities & contingenciies: $8,000/year | $16,000.00 | $16,000.00 |
| | | 2YF | | | ?Reserves/Inflation cushion: | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | 0 | $575,500.00 |

**TERMS AND CONDITIONS**
- A-1 ✓ General Provisions are incorporated herein by reference to: ☐ Form GSPD - 401Non-IT Commodities (revision date ____) OR ☐ Form GSPD - 401IT (revision date ____) ✓ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd
- A-2 This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.
- B ☐ Agency Special Provisions are attached and titled _____
- C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD:** ☐ LEVERAGED ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)] ☐ COMPETITIVE: Solicitation Number (if applicable) ____ ☐ NON-COMPETITIVELY BID ✓ EXEMPT

| | TAXABLE SUBTOTAL | |
|---|---|---|
| TAX RATE | SALES TAX | 0 |
| * NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here. | * INSTALLATION | |
| | * SHIPPING/FREIGHT | |
| | * OTHER NON-TAXABLE | |

| PROGRAM / CATEGORY (Code and Title) | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE | PAID BY CAL-CARD | GRAND TOTAL |
|---|---|---|---|---|
| REAL PROPERTY ACQUISIT | FULL FAITH & CR | ✓ YES ☐ NO | ☐ YES ✓ NO | 0 $2,225,500.00 |

| ITEM | CHAPTER | STATUTE | FISCAL YEAR | OBJECT OF EXPENDITURE (CODE AND TITLE) | |
|---|---|---|---|---|---|
| 5187 Llano Dr., Woodland Hills, C | UCC 3-60 | Federal R | 2025 | | ☐ O.E. ☐ EQ. |

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER
ADJUSTMENT INCREASING ENCUMBRANCES
ADJUSTMENT DECREASING ENCUMBRANCES
CERTIFIED CORRECT (SIGNATURE)

**AUTHORIZING NAME** (Print or Type): Presley, Corey S./Trustee/Signa   **TITLE:** Power of Attorney for

**AUTHORIZING SIGNATURE:** /s/ Corey S. Presley

DISTRIBUTION:   Copy 1 - Supplier;   Copy 2 - DGS Procurement;   Copy 3 - Packing Slip;   Copies 4–6 - Agency Procurement File

# PURCHASING AUTHORITY PURCHASE ORDER

STATE OF CALIFORNIA—GENERAL SERVICES—PROCUREMENT DIVISION
STD. 65 (REV. 7/2003)

| Field | Value |
|---|---|
| CONTRACT REGISTRATION NUMBER | PAS-20250820-CSP-LLANO |
| AGENCY ORDER NUMBER | |
| AMENDMENT NO. | |
| DATE | ON DEMAND |
| PAGE / OF PAGE | |
| SHIP TO | 5187 Llano Dr., Woodland Hills, CA 91364 — Trustee: Presley, Corey S. – CAF # 03 |
| BILL TO | SAME AS "SHIP TO" |
| AGENCY BILLING CODE | |
| PURCHASING AUTHORITY NUMBER | 23012444-1 |
| LEVERAGED PROCUREMENT AGREEMENT NO. | |
| TO SUPPLIER ADDRESS | OWNER/SELLER OF RECORD FOR: 5187 LLANO DR WOO |

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

PAYMENT TERMS: N/A
REQUIRED DELIVERY DATE: IMMEDIATE
SHIPPING INSTRUCTIONS: ☑ F.O.B. Destination FRT. PPD

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | | 1,650,000.00 |
| | | | | | | | |
| 1 | | | 909-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | | |
| | 2YR | | | | ?Property Taxes (LA County ~1.1%): $18,150 | $36,300.00 | $36,300.00 |
| | 2YR | | | | ?Homeowner's Insurance (~0.45%): $7,425/y | $14,850.00 | $14,850.00 |
| | 2YR | | | | ?Maintenance (1% rule): $15,500/year | $31,000.00 | $31,000.00 |
| | 2YR | | | | ?Utilities & contingenciies: $8,000/year | $16,000.00 | $16,000.00 |
| | 2YR | | | | ?Reserves/Inflation cushion: | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | | $575,500.00 |

**TERMS AND CONDITIONS**

A-1 ☑ General Provisions are incorporated herein by reference to:
  ☐ Form GSPD - 401Non-IT Commodities (revision date _____) OR ☐ Form GSPD - 401IT (revision date _____)
  ☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd

A-2 This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B ☐ Agency Special Provisions are attached and titled _____

C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

PROCUREMENT METHOD: ☐ LEVERAGED  ☐ COMPETITIVE: Solicitation Number _____  ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]  ☐ NON-COMPETITIVELY BID  ☑ EXEMPT

PROGRAM / CATEGORY: REAL PROPERTY ACQUISI
FUND TITLE: FULL FAITH & CR
VERIFIED NO STATE SURPLUS AVAILABLE: ☑ YES ☐ NO
PAID BY CAL-CARD: ☐ YES ☑ NO

ITEM: 5187 Llano Dr., Woodland Hills, C
CHAPTER: UCC 3-60
STATUTE: Federal R
FISCAL YEAR: 2025

TAXABLE SUBTOTAL: 
TAX RATE / SALES TAX: 0
* INSTALLATION
* SHIPPING/FREIGHT
* OTHER NON-TAXABLE
GRAND TOTAL: $2,225,500.00

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

AUTHORIZING NAME: Presley, Corey S./Trustee/Signa
TITLE: Power of Attorney for
AUTHORIZING SIGNATURE: /s/ Presley, Corey S.

DISTRIBUTION: Copy 1 - Supplier; Copy 2 - DGS Procurement; Copy 3 - Packing Slip; Copies 4–6 - Agency Procurement File

# STATE OF CALIFORNIA—GENERAL SERVICES PROCUREMENT DIVISION
## PURCHASING AUTHORITY PURCHASE ORDER
STD. 65 (REV. 7/2003)

**5187 Llano Dr., Woodland Hills, CA 91364**

| Field | Value |
|---|---|
| CONTRACT REGISTRATION NUMBER | PAS-20250820-CSP-LLAN0 |
| AGENCY ORDER NUMBER | |
| AMENDMENT NO. | |
| SUPPLIER | The numbers identified above MUST be shown on Invoice & Packing Slip. |
| DATE | ON DEMAND |
| PAGE OF PAGE | |

**SHIP TO:** Trustee: Presley, Corey S. - CAF # 03

**BILL TO:** SAME AS "SHIP TO"

| Field | Value |
|---|---|
| AGENCY BILLING CODE | |
| PURCHASING AUTHORITY NUMBER | 23012444-1 |
| LEVERAGED PROCUREMENT AGREEMENT NO. | |

**TO SUPPLIER ADDRESS** (Type or Print Legibly): OWNER/SELLER OF RECORD FOR: 5187 LLANO DR WOO

*THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.*

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

AGENCY OR BUYER INFORMATION — AGENCY TRACKING/REQUISITION NUMBER (Optional)

AGENCY NAME / CONTACT NAME / CONTACT E-MAIL ADDRESS / CONTACT PHONE NUMBER / CONTACT FAX NUMBER

SUPPLIER CONTACT NAME / SUPPLIER PHONE NUMBER / SUPPLIER FAX NUMBER / SUPPLIER E-MAIL ADDRESS

PAYMENT TERMS | CERTIFICATION NUMBER: N/A | Certified Small Business | Certified Microbusiness | EXPIRATION DATE | Certified DVBE | EXPIRATION DATE

REQUIRED DELIVERY DATE: **IMMEDIATE** | SHIPPING INSTRUCTIONS: ✓ F.O.B. Destination FRT. PPD | F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 909-REAL PRO | | 5187 Llano Dr., Woodland Hills, CA 91364 | $1,6550,000 | |
| | | | | | Parcel number: 2075033006 | 0 | $1,6550,000.00 |
| | | | | | | 0 | |
| 1 | | | 909-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | | 2YR | | | ?Property Taxes (LA County ~1.1%): $18,150/ | $36,300.00 | $36,300.00 |
| | | 2YR | | | ?Homeowner's Insurance(~0.45%): $7,425/y | $14,850.00 | $14,850.00 |
| | | 2YR | | | ?Maintenance (1%rule): $15,500/year | $31,000.00 | $31,000.00 |
| | | 2YR | | | ?Utilities & contingenciies: $8,000/year | $16,000.00 | $16,000.00 |
| | | 2YR | | | ?Reserves/Inflation cushion: | $477,350.00 | $477,350.00 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | 0 | $575,500.00 |

**TERMS AND CONDITIONS**

A-1 ✓ General Provisions are incorporated herein by reference to:
☐ Form GSPD - 401Non-IT Commodities (revision date ____) OR ☐ Form GSPD - 401IT (revision date ____)
✓ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd

A-2 This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B Agency Special Provisions are attached and titled ____

C Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ LEVERAGED   ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]   ☐ COMPETITIVE: Solicitation Number (if applicable) ____   ☐ NON-COMPETITIVELY BID   ✓ EXEMPT

* NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.

| | |
|---|---|
| TAXABLE SUBTOTAL | |
| TAX RATE / SALES TAX | 0 |
| * INSTALLATION | |
| * SHIPPING/FREIGHT | |
| * OTHER NON-TAXABLE | |

PROGRAM / CATEGORY (Code and Title): **REAL PROPERTY ACQUISI** | FUND TITLE: **FULL FAITH & CF** | VERIFIED NO STATE SURPLUS AVAILABLE: ✓ YES ☐ NO | PAID BY CAL-CARD: ☐ YES ✓ NO | **GRAND TOTAL: $2,225,500.00**

ITEM: 5187 Llano Dr., Woodland Hills, C | CHAPTER: UCC 3-60 | STATUTE: Federal R | FISCAL YEAR: 2025 | OBJECT OF EXPENDITURE (CODE AND TITLE) | ☐ O.E. ☐ EQ.

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER

ADJUSTMENT INCREASING ENCUMBRANCES

AUTHORIZING NAME (Print or Type): **Presley, Corey S./Trustee/Signa** | TITLE: **Power of Attorney for**

ADJUSTMENT DECREASING ENCUMBRANCES

AUTHORIZING SIGNATURE: *[signed] Presley Corey S.*

CERTIFIED CORRECT (SIGNATURE)

DISTRIBUTION: Copy 1 - Supplier;   Copy 2 - DGS Procurement;   Copy 3 - Packing Slip;   Copies 4-6 - Agency Procurement File

STATE OF CALIFORNIA—GENERAL SERVICES PROCUREMENT DIVISION
**PURCHASING AUTHORITY PURCHASE ORDER**
STD. 65 (REV. 7/2003) (REVERSE)

## INSTRUCTIONS FOR COMPLETING THE PURCHASING AUTHORITY PURCHASE ORDER

1. **CONTRACT REGISTRATION NUMBER:** All purchases of goods or services over $5,000.00 require a Contract Registration Number. This number must be placed on all supplier invoices in order to process payments.

2. **AGENCY ORDER NUMBER:** Enter the appropriate agency order number as prescribed by your agency. Agency order number must be unique from transaction to transaction and from year to year (e.g., 03-001, 03-002, etc.; "03" represents the fiscal year of issue). Agency order number must not exceed fifteen (15) characters in length. This number must also be placed on all supplier invoices and packing slips in order to process payments and receive products and services.

3. **AMENDMENT NO.:** Enter the appropriate amendment number (e.g., 1, 2, 3, etc.) as amendments occur. Amendments are necessary when ANY change in the order occurs. This includes change in descriptions, costs, quantities, etc.

4. **DATE:** Enter the date the order is prepared. The month and day should be indicated with two (2) digits and the year with four (4) digits (i.e., July 1, 2003 is 07/01/2003).

5. **PAGE OF PAGE:** Enter page number and total number of pages for each order. This should be shown with two (2) digits (e.g., enter 01/01 for page 1 of 1). If needed, use STD. 65A (Purchasing Authority Purchase Order Continuation).

6. **AGENCY BILLING CODE:** Enter Agency Billing Code. A five-digit or six-digit code issued by the Department of General Services (DGS) for billing purposes.

7. **PURCHASING AUTHORITY NUMBER:** Enter your department's purchasing authority number as assigned by DGS. This number MUST be entered for all IT transactions $0.00 and over and Non-IT goods transactions over $100.00.

8. **LEVERAGED PROCUREMENT AGREEMENT (LPA) NO.:** Enter the appropriate leveraged procurement agreement number (e.g., California Multiple Award Schedule (CMAS) Contract, Master Agreement, State Price Schedule, etc.).

9. **INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER:** For procurement of information technology goods or services, enter one of the following identification numbers: Project Number, Department Assigned Internal Project Number, Department Assigned Work Group Computing Justification Form Number (WCJF).

10. **AGENCY TRACKING/REQUISITION NUMBER:** Enter any agency internal purchase request(s) number to assist with internal tracking of this purchasing authority purchase order.

11. **PAYMENT TERMS:** Cash discount offered by the supplier if payment is postmarked within a specific number of days (discount period) or a discount offered per the contract terms (e.g., 2% Net 30, Net 30).

12. **CERTIFIED SMALL BUSINESS, MICROBUSINESS AND CERTIFIED DISABLED VETERAN BUSINESS ENTERPRISE:** Check the appropriate box(es) if the supplier is a California certified Small Business/Microbusiness or DVBE as certified by the Office of Small Business and DVBE Certification (OSDC). Verify expiration date and enter date in the space provided.

13. **REQUIRED DELIVERY DATE:** Enter the required delivery date for all items, or indicate the time period after receipt of order (ARO) for delivery. If multiple delivery dates are required enter "see item" or "as specified" and include specific dates in the item description or use an attachment to define. Date(s) should be the same as established in any applicable solicitation, or leveraged procurement agreement, unless otherwise agreed upon, in writing, signed by all parties and approved as required.

14. **SHIPPING INSTRUCTIONS:** Enter shipping information such as Free on Board (F.O.B.); Destination (DEST); Freight (FRT); Prepaid (PPD); F.O.B. Destination, Freight Prepaid and Add (PPD/ADD); F.O.B. Origin, Freight Collect (COLL). If assistance is needed, contact DGS Procurement Division (PD) Transportation Management (TM) for contracted carrier information.

15. **ITEM NUMBER:** Enter item number(s) in sequential order.

16. **QUANTITY:** Enter appropriate numeric quantity.

17. **UNIT:** Enter the order unit of measure. Examples: **ea** - each; **pk** - package; **bx** - box; **st** - set.

18. **COMMODITY CODE** or **PRODUCT CODE** or **SERVICES ID NUMBER:** Include the applicable commodity code, product code, or services identification number, i.e., PIN number, part number, catalog number, SKU number, etc. in this column.

19. **RECYCLED PRODUCT:** Check the "Recycle" column when the product being purchased is a reportable product. Reportable products are any products that fall into one of the following categories: antifreeze, compost/co-compost, glass, lubricating oils, paint, plastic products, paper products, printing and writing papers, solvents, steel, tires, and/or tire-derived products.

20. **PRODUCT OR SERVICES DESCRIPTION:** For leveraged procurement agreements established by DGS, enter the description exactly as worded in the referenced agreement. For other acquisitions, use wording to accurately describe the product(s) or services ordered, including brand, model, version, etc. Descriptions should include all features, components, supplies, etc., or reference to attachments with detailed descriptions.

21. **UNIT PRICE:** The unit price or service rate (e.g., hourly, weekly or monthly rate) must be entered for each line item. For leveraged procurement agreements established by DGS, enter the unit price stated in the referenced LPA. For other acquisitions, enter the unit price contained in the supplier's bid, proposal, or as negotiated.

22. **EXTENSION TOTAL:** Multiply the product quantity times the unit price and enter the result.

23. **TERMS AND CONDITIONS:**
    A-1: For competitive or non-competitive bids check the applicable box(es) to indicate the appropriate General Provisions are being used and are incorporated into the order and insert the applicable revision date. Use the version contained in the solicitation and resulting bid with the supplier. A hard copy must be attached, OR reference made to the Procurement Division web page at www.dgs.ca.gov/pd.
    OR
    A-2: Check the second box if the order is being placed under a leveraged procurement agreement, as those agreements contain all the required terms and conditions.

    B: Check the third box if any Agency Special Provisions are applicable. Agency Special Provisions may be used to supplement the general provisions and/or tailor the purchase order as agreed upon by all parties. To incorporate Agency Special Provisions, insert, on the blank line, the name (or other identification) of the form or document used.

    C: Check this box as applicable when attaching specifications, Statement of Work or using IT model language modules.

24. **PROCUREMENT METHOD:** Check the appropriate box as applicable to the transaction being issued. For more information on requirements for each method, refer to the purchasing authority manual available on the DGS Procurement Division web page. "Exempt" should be checked for those transactions exempted by law (e.g., sheltered workshop or Community Based Rehabilitation Programs [CBRP] purchases).

25. **VERIFIED NO STATE SURPLUS AVAILABLE:** Check the appropriate box in support of the agency's effort to use existing State inventory as appropriate prior to an acquisition.

26. **PAID BY CAL-CARD:** Check the appropriate box.

| | | |
|---|---|---|
| **DISTRIBUTION:** The Purchasing Authority Purchase Order MUST be distributed as follows: | **COPY 1:** SEND TO SUPPLIER<br>**COPY 2:** DEPARTMENT OF GENERAL SERVICES<br>Procurement Division<br>Data Entry Unit - Second Floor<br>P.O. Box 989052, West Sacramento, CA 95798-9052<br>DGS Procurement Division's mailing address is pre-printed on the back of Copy 2 for mailing purposes *(fits #10 window envelopes)*. | **COPY 3:** PACKING SLIP<br>*(Send to supplier)*<br><br>**COPIES 4 – 6:** AGENCY PROCUREMENT FILE |



CALIFORNIA ASSOCIATION OF REALTORS®

# CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS
(C.A.R. Form RPA-CA, Revised 12/15)

*SEE Attached STD-65 Purchase Order "5187 Llano DR."*

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

Date Prepared: **09-18-2025**

1. **OFFER:**
   A. **THIS IS AN OFFER FROM** Presley, Corey S., (CAF #0316-62962R) ("Buyer").
   B. **THE REAL PROPERTY** to be acquired is 5187 Llano Dr., situated in Woodland Hills (City), Los Angeles (County), California, 91364 (Zip Code), Assessor's Parcel No. 2075035004 ("Property").
   C. **THE PURCHASE PRICE** offered is The full asking/listed price of One Million, six hundred fifty thousand do Dollars $ 1,650,000.00.
   D. **CLOSE OF ESCROW** shall occur on ☒ immediately, upon escrow accep (date)(or ☐ ___ Days After Acceptance).
   E. Buyer and Seller are referred to herein as the "Parties." Brokers are not Parties to this Agreement.

2. **AGENCY:**
   A. **DISCLOSURE:** The Parties each acknowledge receipt of a ☐ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).
   B. **CONFIRMATION:** The following agency relationships are hereby confirmed for this transaction:
   Listing Agent _____ (Print Firm Name) is the agent of (check one):
   ☐ the Seller exclusively; or ☐ both the Buyer and Seller.
   Selling Agent Tyson Leon-Guerrero (Print Firm Name) (if not the same as the Listing Agent) is the agent of (check one): ☐ the Buyer exclusively; or ☐ the Seller exclusively; or ☐ both the Buyer and Seller.
   C. **POTENTIALLY COMPETING BUYERS AND SELLERS:** The Parties each acknowledge receipt of a "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

3. **FINANCE TERMS:** Buyer represents that funds will be good when deposited with Escrow Holder.
   A. **INITIAL DEPOSIT:** Deposit shall be in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
   (1) Buyer Direct Deposit: Buyer shall deliver deposit directly to Escrow Holder by electronic funds transfer, ☐ cashier's check, ☐ personal check, ☐ other _____ within 3 business days after Acceptance (or _____);
   OR (2) ☐ Buyer Deposit with Agent: Buyer has given the deposit by personal check (or _____) to the agent submitting the offer (or to _____), made payable to _____. The deposit shall be held uncashed until Acceptance and then deposited with Escrow Holder within 3 business days after Acceptance (or _____).
   Deposit checks given to agent shall be an original signed check and not a copy.
   (Note: Initial and increased deposits checks received by agent shall be recorded in Broker's trust fund log.)

   *Deposit and balance of purchase price to be tendered via Secured Promissory Note and Purchase Order, CUSIP-assigned, issued by Corey Scott Presley Estate Bank & Trust, processed through Correspondent Bank via Federal Reserve settlement. Seller to receive full asking price through escrow.*

   B. **INCREASED DEPOSIT:** Buyer shall deposit with Escrow Holder an increased deposit in the amount of . . . . . . . . . $ _____
   within ___ **Days** After Acceptance (or _____).
   If the Parties agree to liquidated damages in this Agreement, they also agree to incorporate the increased deposit into the liquidated damages amount in a separate liquidated damages clause (C.A.R. Form RID) at the time the increased deposit is delivered to Escrow Holder.
   C. ☒ **ALL CASH OFFER:** No loan is needed to purchase the Property. This offer is NOT contingent on Buyer obtaining a loan. Written verification of sufficient funds to close this transaction IS ATTACHED to this offer or ☐ Buyer shall, within 3 (or _____) **Days** After Acceptance, Deliver to Seller such verification.
   D. **LOAN(S):**
   (1) **FIRST LOAN:** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
   This loan will be conventional financing or ☐ FHA, ☐ VA, ☐ Seller financing (C.A.R. Form SFA), ☐ assumed financing (C.A.R. Form AFA), ☐ Other _____. This loan shall be at a fixed rate not to exceed _____% or, an adjustable rate loan with initial rate not to exceed _____%. Regardless of the type of loan, Buyer shall pay points not to exceed _____% of the loan amount.
   (2) ☐ **SECOND LOAN** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
   This loan will be conventional financing or ☐ Seller financing (C.A.R. Form SFA), ☐ assumed financing (C.A.R. Form AFA), ☐ Other _____. This loan shall be at a fixed rate not to exceed _____% or, ☐ an adjustable rate loan with initial rate not to exceed _____%. Regardless of the type of loan, Buyer shall pay points not to exceed _____% of the loan amount.
   (3) **FHA/VA:** For any FHA or VA loan specified in 3D(1), Buyer has 17 (or _____) **Days** After Acceptance to Deliver to Seller written notice (C.A.R. Form FVA) of any lender-required repairs or costs that Buyer requests Seller to pay for or otherwise correct. Seller has no obligation to pay or satisfy lender requirements unless agreed in writing. A FHA/VA amendatory clause (C.A.R. Form FVAC) shall be a part of this Agreement.
   E. **ADDITIONAL FINANCING TERMS:** THIS ACQUISITION IS PART OF A MULTI-CLLASS SECUURED OBLIGATION AS SET FORTH IN ATTACHED OFFERING MEMORANDUUM, PROSPECTUS SUUPLEMENT AND SCHEDULE OF CLASSES.SETTLEMENTSHALL BE TREATED PARI PASSU WITH OTHER CLASSES.
   F. **BALANCE OF DOWN PAYMENT OR PURCHASE PRICE** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
   to be deposited with Escrow Holder pursuant to Escrow Holder instructions.
   G. **PURCHASE PRICE (TOTAL):** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,650,000.00

Buyer's Initials (____)(____)    Seller's Initials (____)(____)

© 1991-2015, California Association of REALTORS®, Inc.

**RPA-CA REVISED 12/15 (PAGE 1 OF 10)**
**CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 1 OF 10)**

Phone: _____  Fax: _____
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Property Address: __5187 LLANO DR., WOODLAND HILLS, CA 91364__   Date: _____

   H. **VERIFICATION OF DOWN PAYMENT AND CLOSING COSTS:** Buyer (or Buyer's lender or loan broker pursuant to paragraph 3J(1)) shall, within **3 (or ___ ) Days** After Acceptance, Deliver to Seller written verification of Buyer's down payment and closing costs. ( ☐ Verification attached.)
   I. **APPRAISAL CONTINGENCY AND REMOVAL:** This Agreement is (**or** ☐ is NOT) contingent upon a written appraisal of the Property by a licensed or certified appraiser at no less than the purchase price. Buyer shall, as specified in paragraph 14B(3), in writing, remove the appraisal contingency or cancel this Agreement within **17 (or ___ ) Days** After Acceptance.
   J. **LOAN TERMS:**
      **(1) LOAN APPLICATIONS:** Within **3 (or ___ ) Days** After Acceptance, Buyer shall Deliver to Seller a letter from Buyer's lender or loan broker stating that, based on a review of Buyer's written application and credit report, Buyer is prequalified or preapproved for any NEW loan specified in paragraph 3D. If any loan specified in paragraph 3D is an adjustable rate loan, the prequalification or preapproval letter shall be based on the qualifying rate, not the initial loan rate. ( ☐ Letter attached.)
      **(2) LOAN CONTINGENCY:** Buyer shall act diligently and in good faith to obtain the designated loan(s). Buyer's qualification for the loan(s) specified above **is a contingency** of this Agreement unless otherwise agreed in writing. If there is no appraisal contingency or the appraisal contingency has been waived or removed, then failure of the Property to appraise at the purchase price does not entitle Buyer to exercise the cancellation right pursuant to the loan contingency if Buyer is otherwise qualified for the specified loan. Buyer's contractual obligations regarding deposit, balance of down payment and closing costs **are not contingencies** of this Agreement.
      **(3) LOAN CONTINGENCY REMOVAL:**
      Within **21 (or ___ ) Days** After Acceptance, Buyer shall, as specified in paragraph 14, in writing, remove the loan contingency or cancel this Agreement. If there is an appraisal contingency, removal of the loan contingency shall not be deemed removal of the appraisal contingency.
      **(4)** ☒ **NO LOAN CONTINGENCY:** Obtaining any loan specified above is NOT a contingency of this Agreement. If Buyer does not obtain the loan and as a result does not purchase the Property, Seller may be entitled to Buyer's deposit or other legal remedies.
      **(5) LENDER LIMITS ON BUYER CREDITS:** Any credit to Buyer, from any source, for closing or other costs that is agreed to by the Parties ("Contractual Credit") shall be disclosed to Buyer's lender. If the total credit allowed by Buyer's lender ("Lender Allowable Credit") is less than the Contractual Credit, then (i) the Contractual Credit shall be reduced to the Lender Allowable Credit, and (ii) in the absence of a separate written agreement between the Parties, there shall be no automatic adjustment to the purchase price to make up for the difference between the Contractual Credit and the Lender Allowable Credit.
   K. **BUYER STATED FINANCING:** Seller is relying on Buyer's representation of the type of financing specified (including but not limited to, as applicable, all cash, amount of down payment, or contingent or non-contingent loan). Seller has agreed to a specific closing date, purchase price and to sell to Buyer in reliance on Buyer's covenant concerning financing. Buyer shall pursue the financing specified in this Agreement. Seller has no obligation to cooperate with Buyer's efforts to obtain any financing other than that specified in the Agreement and the availability of any such alternate financing does not excuse Buyer from the obligation to purchase the Property and close escrow as specified in this Agreement.
4. **SALE OF BUYER'S PROPERTY:**
   A. This Agreement and Buyer's ability to obtain financing are NOT contingent upon the sale of any property owned by Buyer.
   OR B. ☐ This Agreement and Buyer's ability to obtain financing are contingent upon the sale of property owned by Buyer as specified in the attached addendum (C.A.R. Form COP).
5. **ADDENDA AND ADVISORIES:**
   A. ADDENDA:
   | | |
   |---|---|
   | | Addendum # _____ (C.A.R. Form ADM) |
   | Back Up Offer Addendum (C.A.R. Form BUO) | Court Confirmation Addendum (C.A.R. Form CCA) |
   | Septic, Well and Property Monument Addendum (C.A.R. Form SWPI) | |
   | Short Sale Addendum (C.A.R. Form SSA) | Other |

   B. BUYER AND SELLER ADVISORIES:
   | | |
   |---|---|
   | | Buyer's Inspection Advisory (C.A.R. Form BIA) |
   | Probate Advisory (C.A.R. Form PA) | Statewide Buyer and Seller Advisory (C.A.R. Form SBSA) |
   | Trust Advisory (C.A.R. Form TA) | REO Advisory (C.A.R. Form REO) |
   | Short Sale Information and Advisory (C.A.R. Form SSIA) | Other |

6. **OTHER TERMS:** __Buyer shall tender performance by issuance of (i) one Secured Promissory Note and (ii) one State of California STD-65 Purchase Order, both duly executed, CUSIP-assigned, and backed by the Full Faith and Credit of the United States. Instruments shall be processed through Bank Bank of America, via Federal Reserve Master Account settlement in accordance with Federal Reserve Act §401(18)(6), UCC 3-603, and Fed Operating Circulars 1 & 10. Seller shall receive full face value ($1,650,000.00) through escrow at closing.__

7. **ALLOCATION OF COSTS**
   A. **INSPECTIONS, REPORTS AND CERTIFICATES:** Unless otherwise agreed in writing, this paragraph only determines who is to pay for the inspection, test, certificate or service ("Report") mentioned; it **does not determine who is to pay for any work recommended or identified in the Report.**
      (1) ☒ Buyer ☐ Seller shall pay for a natural hazard zone disclosure report, including tax ☐ environmental ☐ Other: _____ prepared by _____.
      (2) ☒ Buyer ☐ Seller shall pay for the following Report _____ prepared by _____.
      (3) ☒ Buyer ☐ Seller shall pay for the following Report _____ prepared by _____.

ANY DENIAL OR FAIURE TO PROCESS IN ORDINARY COURSE, IS DEEMED AN EXPRESSD DENIAL, WHICH BY AGREEMENT IS CONSTRUED AS ACCEPTANCE, WITH LIABILTY, UNDER SECTION 21 REMEDIES.

Buyer's Initials ( _____ ) ( _____ )   Seller's Initials ( _____ ) ( _____ )

**RPA-CA REVISED 12/15 (PAGE 2 OF 10)**

**CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 2 OF 10)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

Property Address: 5187 Llano Dr., Woodland Hills CA, 91364_____  Date: _____

- **B. GOVERNMENT REQUIREMENTS AND RETROFIT:**
  - **(1)** ☒ Buyer ☐ Seller shall pay for smoke alarm and carbon monoxide device installation and water heater bracing, if required by Law. Prior to Close Of Escrow ("COE"), Seller shall provide Buyer written statement(s) of compliance in accordance with state and local Law, unless Seller is exempt.
  - **(2) (i)** ☒ Buyer ☐ Seller shall pay the cost of compliance with any other minimum mandatory government inspections and reports if required as a condition of closing escrow under any Law.
    - **(ii)** ☒ Buyer ☐ Seller shall pay the cost of compliance with any other minimum mandatory government retrofit standards required as a condition of closing escrow under any Law, whether the work is required to be completed before or after COE.
    - **(iii)** Buyer shall be provided, within the time specified in paragraph 14A, a copy of any required government conducted or point-of-sale inspection report prepared pursuant to this Agreement or in anticipation of this sale of the Property.
- **C. ESCROW AND TITLE:**
  - **(1) (a)** ☒ Buyer ☐ Seller shall pay escrow fee _____ .
    - **(b)** Escrow Holder shall be _____ .
    - **(c)** The Parties shall, within **5 (or ___ ) Days** After receipt, sign and return Escrow Holder's general provisions.
  - **(2) (a)** ☒ Buyer ☐ Seller shall pay for **owner's** title insurance policy specified in paragraph 13E _____ .
    - **(b)** Owner's title policy to be issued by _____ .
    - (Buyer shall pay for any title insurance policy insuring Buyer's **lender**, unless otherwise agreed in writing.)
- **D. OTHER COSTS:**
  - **(1)** ☒ Buyer ☐ Seller shall pay County transfer tax or fee _____ .
  - **(2)** ☒ Buyer ☐ Seller shall pay City transfer tax or fee _____ .
  - **(3)** ☐ Buyer ☐ Seller shall pay Homeowners' Association ("HOA") transfer fee _____ .
  - **(4)** Seller shall pay HOA fees for preparing documents required to be delivered by Civil Code §4525.
  - **(5)** ☐ Buyer ☐ Seller shall pay HOA fees for preparing all documents other than those required by Civil Code §4525.
  - **(6)** Buyer to pay for any HOA certification fee.
  - **(7)** ☐ Buyer ☐ Seller shall pay for any private transfer fee _____ Buyer shall cover all transactional costs customarily assigned to
  - **(8)** ☐ Buyer ☐ Seller shall pay for _____ Seller, including but not limited to transfer taxes, HOA transfer fees, retrofit inspections, and any other government-mandated compliance .
  - **(9)** ☐ Buyer ☐ Seller shall pay for _____ expenses. Seller shall net the full purchase price .
  - **(10)** ☐ Buyer ☐ Seller shall pay for the cost, not to exceed $ _____ , of a standard (or ☐ upgraded) one-year home warranty plan, issued by _____ , with the following optional coverages: ☐ Air Conditioner ☐ Pool/Spa ☐ Other: _____ . Buyer is informed that home warranty plans have many optional coverages in addition to those listed above. Buyer is advised to investigate these coverages to determine those that may be suitable for Buyer.
  - **OR** ☐ Buyer waives the purchase of a home warranty plan. Nothing in this paragraph precludes Buyer's purchasing a home warranty plan during the term of this Agreement.

**8. ITEMS INCLUDED IN AND EXCLUDED FROM SALE:**
- **A. NOTE TO BUYER AND SELLER:** Items listed as included or excluded in the MLS, flyers or marketing materials are **not** included in the purchase price or excluded from the sale unless specified in paragraph 8 B or C.
- **B. ITEMS INCLUDED IN SALE:** Except as otherwise specified or disclosed,
  - **(1)** All EXISTING fixtures and fittings that are attached to the Property;
  - **(2)** EXISTING electrical, mechanical, lighting, plumbing and heating fixtures, ceiling fans, fireplace inserts, gas logs and grates, solar power systems, built-in appliances, window and door screens, awnings, shutters, window coverings, attached floor coverings, television antennas, satellite dishes, air coolers/conditioners, pool/spa equipment, garage door openers/remote controls, mailbox, in-ground landscaping, trees/shrubs, water features and fountains, water softeners, water purifiers, security systems/alarms and the following if checked: ☐ all stove(s), except _____ ; ☐ all refrigerator(s) except _____ ; ☐ all washer(s) and dryer(s), except _____ ;
  - **(3)** The following additional items: _____ .
  - **(4)** Existing integrated phone and home automation systems, including necessary components such as intranet and Internet-connected hardware or devices, control units (other than non-dedicated mobile devices, electronics and computers) and applicable software, permissions, passwords, codes and access information, are (☐ are NOT) included in the sale.
  - **(5) LEASED OR LIENED ITEMS AND SYSTEMS:** Seller shall, within the time specified in paragraph 14A, (i) disclose to Buyer if any item or system specified in paragraph 8B or otherwise included in the sale is leased, or not owned by Seller, or specifically subject to a lien or other encumbrance, and (ii) Deliver to Buyer all written materials (such as lease, warranty, etc.) concerning any such item. Buyer's ability to assume any such lease, or willingness to accept the Property subject to any such lien or encumbrance, is a contingency in favor of Buyer and Seller as specified in paragraph 14B and C.
  - **(6)** Seller represents that all items included in the purchase price, unless otherwise specified, (i) are owned by Seller and shall be transferred free and clear of liens and encumbrances, except the items and systems identified pursuant to 8B(5) and _____ , and (ii) are transferred without Seller warranty regardless of value.
- **C. ITEMS EXCLUDED FROM SALE:** Unless otherwise specified, the following items are excluded from sale: (i) audio and video components (such as flat screen TVs, speakers and other items) if any such item is not itself attached to the Property, even if a bracket or other mechanism attached to the component or item is attached to the Property; (ii) furniture and other items secured to the Property for earthquake purposes; and (iii) _____

_____ . Brackets attached to walls, floors or ceilings for any such component, furniture or item shall remain with the Property (or ☐ will be removed and holes or other damage shall be repaired, but not painted).

Buyer's Initials (____) (____)   Seller's Initials (____) (____)



**RPA-CA REVISED 12/15 (PAGE 3 OF 10)**
   **CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 3 OF 10)**
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Property Address: 5187 Llano Dr., Woodland Hills CA, 91364 _____ Date: _____

**9. CLOSING AND POSSESSION:**
   A. Buyer intends (or ☐ does not intend) to occupy the Property as Buyer's primary residence.
   B. **Seller-occupied or vacant property:** Possession shall be delivered to Buyer: (i) at 6 PM or ( _____ ☐ AM/☐ PM) on the date of Close Of Escrow; (ii) ☐ no later than ___ calendar days after Close Of Escrow; or (iii) ☐ at _____ ☐ AM/☐ PM on _____.
   C. **Seller remaining in possession After Close Of Escrow:** If Seller has the right to remain in possession after Close Of Escrow, (i) the Parties are advised to sign a separate occupancy agreement such as __ C.A.R. Form SIP, for Seller continued occupancy of less than 30 days, ☐ C.A.R. Form RLAS for Seller continued occupancy of 30 days or more; and (ii) the Parties are advised to consult with their insurance and legal advisors for information about liability and damage or injury to persons and personal and real property; and (iii) Buyer is advised to consult with Buyer's lender about the impact of Seller's occupancy on Buyer's loan.
   D. **Tenant-occupied property: Property shall be vacant** at least **5 (or ___ ) Days** Prior to Close Of Escrow, unless otherwise agreed in writing. **Note to Seller: If you are unable to deliver Property vacant in accordance with rent control and other applicable Law, you may be in breach of this Agreement.**
   OR ☐ **Tenant to remain in possession** (C.A.R. Form TIP).
   E. At Close Of Escrow: Seller assigns to Buyer any assignable warranty rights for items included in the sale; and Seller shall Deliver to Buyer available Copies of any such warranties. Brokers cannot and will not determine the assignability of any warranties.
   F. At Close Of Escrow, unless otherwise agreed in writing, Seller shall provide keys, passwords, codes and/or means to operate all locks, mailboxes, security systems, alarms, home automation systems and intranet and Internet-connected devices included in the purchase price, and garage door openers. If the Property is a condominium or located in a common interest subdivision, Buyer may be required to pay a deposit to the Homeowners' Association ("HOA") to obtain keys to accessible HOA facilities.

**10. STATUTORY AND OTHER DISCLOSURES (INCLUDING LEAD-BASED PAINT HAZARD DISCLOSURES) AND CANCELLATION RIGHTS:**
   A. **(1)** Seller shall, within the time specified in paragraph 14A, Deliver to Buyer: (i) if required by Law, a fully completed: Federal Lead-Based Paint Disclosures (C.A.R. Form FLD) and pamphlet ("Lead Disclosures"); and **(ii)** unless exempt, fully completed disclosures or notices required by sections 1102 et. seq. and 1103 et. seq. of the Civil Code ("Statutory Disclosures"). Statutory Disclosures include, but are not limited to, a Real Estate Transfer Disclosure Statement ("TDS"), Natural Hazard Disclosure Statement ("NHD"), notice or actual knowledge of release of illegal controlled substance, notice of special tax and/or assessments (or, if allowed, substantially equivalent notice regarding the Mello-Roos Community Facilities Act of 1982 and Improvement Bond Act of 1915) and, if Seller has actual knowledge, of industrial use and military ordnance location (C.A.R. Form SPQ or ESD).
   **(2)** Any Statutory Disclosure required by this paragraph is considered fully completed if Seller has answered all questions and completed and signed the Seller section(s) and the Listing Agent, if any, has completed and signed the Listing Broker section(s), or, if applicable, an Agent Visual Inspection Disclosure (C.A.R. Form AVID). Nothing stated herein relieves a Buyer's Broker, if any, from the obligation to (i) conduct a reasonably competent and diligent visual inspection of the accessible areas of the Property and disclose, on Section IV of the TDS, or an AVID, material facts affecting the value or desirability of the Property that were or should have been revealed by such an inspection or (ii) complete any sections on all disclosures required to be completed by Buyer's Broker.
   **(3) Note to Buyer and Seller:** Waiver of Statutory and Lead Disclosures is prohibited by Law.
   **(4)** Within the time specified in paragraph 14A, **(i)** Seller, unless exempt from the obligation to provide a TDS, shall, complete and provide Buyer with a Seller Property Questionnaire (C.A.R. Form SPQ); (ii) if Seller is not required to provide a TDS, Seller shall complete and provide Buyer with an Exempt Seller Disclosure (C.A.R. Form ESD).
   **(5)** Buyer shall, within the time specified in paragraph 14B(1), return Signed Copies of the Statutory, Lead and other disclosures to Seller.
   **(6)** In the event Seller or Listing Broker, prior to Close Of Escrow, becomes aware of adverse conditions materially affecting the Property, or any material inaccuracy in disclosures, information or representations previously provided to Buyer, Seller shall promptly provide a subsequent or amended disclosure or notice, in writing, covering those items. **However, a subsequent or amended disclosure shall not be required for conditions and material inaccuracies** of which Buyer is otherwise aware, or which are **disclosed in reports provided to or obtained by Buyer or ordered and paid for by Buyer.**
   **(7)** If any disclosure or notice specified in paragraph 10A(1), or subsequent or amended disclosure or notice is Delivered to Buyer after the offer is Signed, Buyer shall have the right to cancel this Agreement within **3 Days** After Delivery in person, or **5 Days** After Delivery by deposit in the mail, by giving written notice of cancellation to Seller or Seller's agent.
   B. **NATURAL AND ENVIRONMENTAL HAZARD DISCLOSURES AND OTHER BOOKLETS:** Within the time specified in paragraph 14A, Seller shall, if required by Law: **(i)** Deliver to Buyer earthquake guide(s) (and questionnaire), environmental hazards booklet, and home energy rating pamphlet; **(ii)** disclose if the Property is located in a Special Flood Hazard Area; Potential Flooding (Inundation) Area; Very High Fire Hazard Zone; State Fire Responsibility Area; Earthquake Fault Zone; and Seismic Hazard Zone; and **(iii)** disclose any other zone as required by Law and provide any other information required for those zones.
   C. **WITHHOLDING TAXES:** Within the time specified in paragraph 14A, to avoid required withholding, Seller shall Deliver to Buyer or qualified substitute, an affidavit sufficient to comply with federal (FIRPTA) and California withholding Law (C.A.R. Form AS or QS).
   D. **MEGAN'S LAW DATABASE DISCLOSURE:** Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at **www.meganslaw.ca.gov.** Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides. (Neither Seller nor Brokers are required to check this website. If Buyer wants further information, Broker recommends that Buyer obtain information from this website during Buyer's inspection contingency period. Brokers do not have expertise in this area.)
   E. **NOTICE REGARDING GAS AND HAZARDOUS LIQUID TRANSMISSION PIPELINES:** This notice is being provided simply to inform you that information about the general location of gas and hazardous liquid transmission pipelines is available to the public via the National Pipeline Mapping System (NPMS) Internet Web site maintained by the United States Department of Transportation at **http://www.npms.phmsa.dot.gov/.** To seek further information about possible transmission pipelines near the Property, you may contact your local gas utility or other pipeline operators in the area. Contact information for pipeline operators is searchable by ZIP Code and county on the NPMS Internet Web site.
   F. **CONDOMINIUM/PLANNED DEVELOPMENT DISCLOSURES:**
      **(1) SELLER HAS: 7 (or ___ ) Days** After Acceptance to disclose to Buyer if the Property is a condominium, or is located in a planned development or other common interest subdivision (C.A.R. Form SPQ or ESD).

Buyer's Initials ( _____ ) ( _____ )          Seller's Initials ( _____ ) ( _____ )

RPA-CA REVISED 12/15 (PAGE 4 OF 10)

**CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 4 OF 10)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com