**f.   We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

**g.   What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4.   WARRANTIES SELLER DISCLAIMS

**If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

## 5.   Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6.   SERVICING AND COLLECTION CONTACTS

In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.

You agree that you will, within a reasonable time, notify us of any change in your contact information.

## 7.   APPLICABLE LAW

Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

## 8.   WARRANTIES OF BUYER

You promise you have given true and correct information during your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

## 9.   NEGATIVE CREDIT REPORT NOTICE

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

### CREDIT DISABILITY INSURANCE NOTICE
### CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

Buyer Signs X _____   Co-Buyer Signs X **N/A** _____

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in received.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

FOR PRESENTATION TO THE FEDERAL RESERVE BANK OF SAN FRANSISCO, FOR REDEMPTION, OR IN EXCHANGE, FOR SECURITIES OF A NEW ISSUE, [OR CONVERSION TO BOOK-ENTRY SECURITIES*], IN ACCORDANCE WITH WRITTEN INSTRUCTIONS SUBMITTED BY BANK OF AMERICA, N.A. AND COREY S. PRESLEY, (A BANKING INSTITUTION UNDER 12 USC§411), DATED 09-16-2025        (CFR§328.6-7*).

...ACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH ...OODS OR SERVICES OBTAINED PURSUANT HERETO OR ...Y THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY

...d primarily for personal, family or household use. In all other ...gnee of this contract any claims or defenses the Buyer (debtor) ...hicle or equipment obtained under this contract.

Buyer Signs X _(signature)_     Co-Buyer Signs X **N/A**

05/15/2025   02:30 pm
*LAW 553-CA-ARB-eps 3/23 v1*   Page 5 of 6

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _(signature)_     Co-Buyer Signs X **N/A**

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 5 of this contract giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _(signature)_     Co-Buyer X **N/A**

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____     X **N/A**

**N/A**

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _(signature)_     Co-Buyer Signature X **N/A**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 5, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _(signature)_   Date **05/15/2025**   Co-Buyer Signature X **N/A**   Date **N/A**

Buyer Printed Name **COREY SCOTT PRESLEY LIVING ESTATE TRUST**   Co-Buyer Printed Name **N/A**

If the "business" use box is checked in "Primary Use for Which Purchased:" Print Name **COREY SCOTT PRESLEY LIVING ESTATE TRUST**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Printed Name _____   Address **N/A**

**FOR PRESENTATION TO THE FEDERAL RESERVE BANK OF SAN FRANSISCO, FOR REDEMPTION, OR IN EXCHANGE, FOR SECURITIES OF A NEW ISSUE, [OR CONVERSION TO BOOK-ENTRY SECURITIES*], IN ACCORDANCE WITH WRITTEN INSTRUCTIONS SUBMITTED BY BANK OF AMERICA, N.A. AND COREY S. PRESLEY, (A BANKING INSTITUTION UNDER 12 USC§411), DATED**
_(signature)_ **04-10-2025** **(CFR§328.6-7*).**

...s the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must ...ax, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor ...ts; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the ...ch Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. ...e, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X **N/A**   Date **N/A**
Address **N/A**
X _(signature)_     Title _____

Seller assigns its interest in this contract to _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller **JAGUAR LAND ROVER WOODLAND HILLS**
By X _(signature)_     Title _____

**LAW** FORM NO. 553-CA-ARB-eps (REV. 3/23)
©2023 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Print   Clear

STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION
**PURCHASING AUTHORITY PURCHASE ORDER**
STD. 65 (REV. 7/2003)

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |

**Important Note**

SUPPLIER:  The numbers identified above MUST be shown on Invoice & Packing Slip.

| DATE | PAGE | OF PAGE |
|---|---|---|
| ON DEMAND | | |

*Be sure to attach the Supplier's Instructions (page 2) to Purchasing Authority Purchase Order (page 1) before sending to Supplier. To hide this note, click on the Important Not⊞*

| S H I P T O | CO BA 21 WO | B I L L T O | SAME AS "SHIP TO" | AGENCY BILLING CODE |
|---|---|---|---|---|

PURCHASING AUTHORITY NUMBER
23012444-1

LEVERAGED PROCUREMENT AGREEMENT NO.

TO SUPPLIER ADDRESS
*(Type or Print Legibly)*

Jaguar Land Rover Woodland Hills
22006 West Erwin Street
Woodland Hills, CA 91367

**THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.**

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

AGENCY OR BUYER INFORMATION

AGENCY TRACKING/REQUISITION NUMBER *(Optional)*

| AGENCY NAME | CONTACT NAME |
|---|---|
| CONTACT E-MAIL ADDRESS | |
| CONTACT PHONE NUMBER | CONTACT FAX NUMBER |

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|
| Kevin Butler | 818.501.2183 | | butlerk@autonation.com |

| PAYMENT TERMS | CERTIFICATION NUMBER | ☐ Certified Small Business | ☐ Certified Microbusiness | EXPIRATION DATE | ☐ Certified DVBE | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| REQUIRED DELIVERY DATE | SHIPPING INSTRUCTIONS | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | ☐ F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| IMMEDIATE | | | | | | | |

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMO⊞ | | 2025 Land Rover Range Rover Auutobiograph | $180,270.0 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.6 | $196,636.69 |
| | | | | | | 0 | |
| 1 | | | 071-CONTIG | | 35% BUFFER FOR 2 YEARS OF INSURANC⊞ | 0 | |
| | 2Yⅇ⊞ | | | | •Insurance: ≈ $6,500/year→ | $13,000.0 | $13,000.00 |
| | 2yⅇ⊞ | | | | •Maintenance/Service | $7,000.0 | $7,000.00 |
| | 2yⅇ⊞ | | | | •Private registration: | $4,500.0 | $4,500.00 |
| | 2yⅇ⊞ | | | | •Fuel & Operatinig Re | $12,000.0 | $12,000.00 |
| | 2yⅇ⊞ | | | | •Reserves/Inflation cu | $34,239.1 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.1 | $70,739.10 |

*Manually calculate and enter dollar amounts for: Taxable Subtotal, Installation, Shipping/Freight & Other Non-Taxable items. To hide this note, click on the Important Note Button.*

| TERMS AND CONDITIONS | A-1 ☑ General Provisions are incorporated herein by reference to: | | |
|---|---|---|---|

☐ Form GSPD - 401Non-IT Commodities (revision date _____ )   OR   ☐ Form GSPD - 401IT (revision date _____ )

☑ ATTACHED   OR   ☐ Published at website: www.dgs.ca.gov/pd

A-2 ☐ This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B ☐ Agency Special Provisions are attached and titled _____

C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

PROCUREMENT METHOD  ☐ COMPETITIVE: Solicitation Number *(if applicable)* _____

☐ LEVERAGED   ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]   ☐ NON-COMPETITIVELY BID   ☑ EXEMPT

| | TAXABLE SUBTOTAL | |
|---|---|---|
| | TAX RATE | SALES TAX | 0 |
| **\* NOTE:** If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here. | **\* INSTALLATION** | |
| | **\* SHIPPING/ FREIGHT** | |
| | **\* OTHER NON-TAXABLE** | |

| PROGRAM / CATEGORY *(Code and Title)* | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE | PAID BY CAL-CARD | GRAND TOTAL | 0 | $ 268,375.79 |
|---|---|---|---|---|---|---|
| Automobile Acquisition | FULL FAITH & C⊞ | ☐ YES   ☐ NO | ☐ YES   ☑ NO | | | |

| ITEM | CHAPTER | STATUTE | FISCAL YEAR | OBJECT OF EXPENDITURE *(CODE AND TITLE)* | | ☐ O.E. |
|---|---|---|---|---|---|---|
| VIN SALKPBE98SA300625, Sto⊞ | California | Federal R⊞ | 2025 | Automobile Acquisition w/ Contingency | | ☐ EQ. |

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**
*I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.*

| UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER | |
|---|---|
| ADJUSTMENT INCREASING ENCUMBRANCES | |
| ADJUSTMENT DECREASING ENCUMBRANCES | |
| CERTIFIED CORRECT (SIGNATURE) | |

AUTHORIZING NAME *(Print or Type)*
Presley, Corey S./Trustee/Signe

TITLE
Power of Attorney fo⊞

AUTHORIZING SIGNATURE

DISTRIBUTION:   Copy 1 - Supplier;   Copy 2 - DGS Procurement;   Copy 3 - Packing Slip;   Copies 4–6 - Agency Procurement File

STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION
**PURCHASING AUTHORITY PURCHASE ORDER**
STD. 65 (REV. 7/2003)

## SUPPLIER INSTRUCTIONS

1.   **INVOICES:**  Unless otherwise specified, original invoices shall be sent to the "Bill To" address on the face of this document.  Invoices shall be submitted in triplicate and shall include:

- Contract registration number *(if applicable)*,
- Agency order number,
- Item number,
- Services or Product ID number,
- Unit price,
- Extended item price, and
- Invoice total amount.

State sales tax, installation cost, shipping/freight costs, and/or other non-taxable costs shall be itemized separately and added to each invoice as applicable.

2.   **REQUIRED PAYMENT DATE:**  Payment will be made in accordance with the provisions of the California Prompt Payment Act, Government Code Section 927 et seq.  Unless expressly exempted by statute, the Act requires state agencies to pay properly submitted, undisputed invoices not more than 45 days after (a) the date of acceptance of goods or performance of services; or (b) receipt of an undisputed invoice — whichever is later.

3.   **SHIPPING INSTRUCTIONS:**  When the Purchase Order or contract allows prepaid/add transportation charges, submit original receipted expense bills if freight charges are over $50.00.  All shipments shall be F.O.B. Destination Freight Prepaid unless otherwise specified.  All orders **MUST** include a copy of the packing slip inside the carton **AND** a copy securely attached to the **OUTSIDE** of the shipping carton.

# PURCHASING AUTHORITY PURCHASE ORDER

STATE OF CALIFORNIA—GENERAL SERVICES PROCUREMENT DIVISION

STD. 65 (REV. 7/2003)

2025 Land Rover Range Rover Autobiography -

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |

**SUPPLIER: The numbers identified above MUST be shown on Invoice & Packing Slip.**

| DATE | PAGE OF PAGE |
|---|---|
| ON DEMAND | |

| SHIP TO | BILL TO | |
|---|---|---|
| COREY SCOTT PRESLEY ESTATE E | SAME AS " SHIP TO" | |

| AGENCY BILLING CODE |
|---|

| PURCHASING AUTHORITY NUMBER |
|---|
| 23012444-1 |

LEVERAGED PROCUREMENT AGREEMENT NO.

TO SUPPLIER ADDRESS *(Type or Print Legibly)*

Jaguar Land Rover Woodland Hills 22006 West Erwin Street W

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

AGENCY OR BUYER INFORMATION

AGENCY TRACKING/REQUISITION NUMBER *(Optional)*

| AGENCY NAME | CONTACT NAME |
|---|---|
| CONTACT E-MAIL ADDRESS | |
| CONTACT PHONE NUMBER | CONTACT FAX NUMBER |

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|
| Kevin Butler | 818.501.2183 | | butlerk@autonation.com |

| PAYMENT TERMS | CERTIFICATION NUMBER | | | |
|---|---|---|---|---|
| N/A | | ☐ Certified Small Business | ☐ Certified Microbusiness | ☐ Certified DVBE |

EXPIRATION DATE / EXPIRATION DATE

| REQUIRED DELIVERY DATE | SHIPPING INSTRUCTIONS | | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|
| IMMEDIATE — | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | ☐ F.O.B. Origin | | |

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMOE | | 2025 Land Rover Range Rover Auutobiograph | $180,270.00 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.6 | $196,636.69 |
| | | | | | | 0 | |
| 1 | | | 071-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | | |
| | | 2YF | | | ?Insurance:  $6,500/year | $13,000.00 | $13,000.00 |
| | | 2yrs | | | ?Maintenance/Service contract:  $3,500/year | $7,000.00 | $7,000.00 |
| | | 2yrs | | | ?Private registration:  $2,250/year | $4,500.00 | $4,500.00 |
| | | 2yrs | | | ?Fuel & Operatinig Reserve:  $6,000/year | $12,000.00 | $12,000.00 |
| | | 2yrs | | | ?Reserves/Inflation cushion: | $34,239.10 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.10 | $70,739.10 |

| TERMS AND CONDITIONS | | |
|---|---|---|
| A-1 | ☑ General Provisions are incorporated herein by reference to: ☐ Form GSPD - 401Non-IT Commodities (revision date _____) OR ☐ Form GSPD - 401IT (revision date _____) ☐ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd | |
| A-2 | ☐ This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text. | |
| B | ☐ Agency Special Provisions are attached and titled | |
| C | ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages. | |

**\* NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.**

| | TAXABLE SUBTOTAL | |
|---|---|---|
| | TAX RATE / SALES TAX | 0 |
| | \* INSTALLATION | |
| | \* SHIPPING/ FREIGHT | |
| | \* OTHER NON-TAXABLE | |

PROCUREMENT METHOD

☐ LEVERAGED  ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]  ☐ NON-COMPETITIVELY BID  ☑ EXEMPT

☐ COMPETITIVE: Solicitation Number *(if applicable)*

| PROGRAM / CATEGORY *(Code and Title)* | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE | PAID BY CAL-CARD | GRAND TOTAL |
|---|---|---|---|---|
| | FULL FAITH & CR | ☑ YES  ☐ NO | ☐ YES  ☑ NO | 0  $ 268,375.79 |

| ITEM | CHAPTER | STATUTE | FISCAL YEAR | OBJECT OF EXPENDITURE (CODE AND TITLE) | |
|---|---|---|---|---|---|
| 2025 Land Rover Range Rover Al | California | Federal R | 2025 | Automobile Acquisition w/ Contingency | ☐ O.E.  ☐ EQ. |

## CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER

I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

| UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER | |
|---|---|
| ADJUSTMENT INCREASING ENCUMBRANCES | |
| ADJUSTMENT DECREASING ENCUMBRANCES | |

| AUTHORIZING NAME *(Print or Type)* | TITLE |
|---|---|
| Presley, Corey S./Trustee/Signa | Power of Attorney for |

AUTHORIZING SIGNATURE

CERTIFIED CORRECT (SIGNATURE)

*DISTRIBUTION: Copy 1 - Supplier; Copy 2 - DGS Procurement; Copy 3 - Packing Slip; Copies 4–6 - Agency Procurement File*

# PURCHASING AUTHORITY PURCHASE ORDER

STATE OF CALIFORNIA — GENERAL SERVICES PROCUREMENT DIVISION
STD. 65 (REV. 7/2003)

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |

2025 Land Rover Range Rover Autobiography -

**SUPPLIER:** The numbers identified above MUST be shown on Invoice & Packing Slip.

| DATE | PAGE OF PAGE |
|---|---|
| ON DEMAND | |

| SHIP TO | BILL TO | |
|---|---|---|
| ▶ COREY SCOTT PRESLEY ESTATE E | SAME AS " SHIP TO" | AGENCY BILLING CODE |

PURCHASING AUTHORITY NUMBER: 23012444-1

LEVERAGED PROCUREMENT AGREEMENT NO.

TO SUPPLIER ADDRESS *(Type or Print Legibly)*

Jaguar Land Rover Woodland Hills 22006 West Erwin Street W

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

AGENCY OR BUYER INFORMATION — AGENCY TRACKING/REQUISITION NUMBER *(Optional)*

| AGENCY NAME | CONTACT NAME |
|---|---|
| | |

CONTACT E-MAIL ADDRESS

| CONTACT PHONE NUMBER | CONTACT FAX NUMBER |
|---|---|

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|
| Kevin Butler | 818.501.2183 | | butlerk@autonation.com |

| PAYMENT TERMS | CERTIFICATION NUMBER | | | | |
|---|---|---|---|---|---|
| N/A | | ☐ Certified Small Business | ☐ Certified Microbusiness | EXPIRATION DATE | ☐ Certified DVBE — EXPIRATION DATE |

| REQUIRED DELIVERY DATE | SHIPPING INSTRUCTIONS | | | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| IMMEDIATE — | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD — Freight not to exceed cost stated on P.O. | ☐ F.O.B. Origin | | | |

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMOE | | 2025 Land Rover Range Rover Auutobiograph | $180,270.00 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.60 | $196,636.69 |
| | | | | | | 0 | |
| 1 | | | 071-CONTING | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | | 2YF | | | ?Insurance: $6,500/year | $13,000.00 | $13,000.00 |
| | | 2yrs | | | ?Maintenance/Service contract: $3,500/year | $7,000.00 | $7,000.00 |
| | | 2yrs | | | ?Private registration: $2,250/year | $4,500.00 | $4,500.00 |
| | | 2yrs | | | ?Fuel & Operatinig Reserve: $6,000/year | $12,000.00 | $12,000.00 |
| | | 2yrs | | | ?Reserves/Inflation cushion: | $34,239.10 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.10 | $70,739.10 |

**TERMS AND CONDITIONS**

A-1 ☑ General Provisions are incorporated herein by reference to:
☐ Form GSPD - 401Non-IT Commodities (revision date _____) OR ☐ Form GSPD - 401IT (revision date _____)
☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd

A-2 ☐ This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated here by reference as if set forth in full text.

B ☐ Agency Special Provisions are attached and titled

C ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ COMPETITIVE: Solicitation Number *(if applicable)*
☐ LEVERAGED ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)] ☐ NON-COMPETITIVELY BID ☑ EXEMPT

| PROGRAM / CATEGORY *(Code and Title)* FULL FAITH & CF | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE ☑ YES ☐ NO | PAID BY CAL-CARD ☐ YES ☑ NO | |
|---|---|---|---|---|

| TAXABLE SUBTOTAL | |
|---|---|
| TAX RATE | SALES TAX 0 |

**\* NOTE:** If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.

| * INSTALLATION | |
|---|---|
| * SHIPPING/ FREIGHT | |
| * OTHER NON-TAXABLE | |
| GRAND TOTAL | $ 268,375.79 |

| ITEM | CHAPTER | STATUTE | FISCAL YEAR | OBJECT OF EXPENDITURE (CODE AND TITLE) | |
|---|---|---|---|---|---|
| 2025 Land Rover Range Rover A | California | Federal R | 2025 | Automobile Acquisition w/ Contingency | ☐ O.E. ☐ EQ. |

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**

I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

| UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER | |
|---|---|
| ADJUSTMENT INCREASING ENCUMBRANCES | |
| ADJUSTMENT DECREASING ENCUMBRANCES | |
| CERTIFIED CORRECT (SIGNATURE) | |

| AUTHORIZING NAME *(Print or Type)* | TITLE |
|---|---|
| Presley, Corey S./Trustee/Signa | Power of Attorney for |

AUTHORIZING SIGNATURE

*Presley, Corey S*

DISTRIBUTION: Copy 1 - Supplier; Copy 2 - DGS Procurement; Copy 3 - Packing Slip; Copies 4–6 - Agency Procurement File

STATE OF CALIFORNIA – GENERAL SERVICES PROCUREMENT DIVISION

# PURCHASING AUTHORITY PURCHASE ORDER

STD. 65 (REV. 7/2003) (REVERSE)

## INSTRUCTIONS FOR COMPLETING THE PURCHASING AUTHORITY PURCHASE ORDER

1. **CONTRACT REGISTRATION NUMBER:** All purchases of goods or services over $5,000.00 require a Contract Registration Number. This number must be placed on all supplier invoices in order to process payments.

2. **AGENCY ORDER NUMBER:** Enter the appropriate agency order number as prescribed by your agency. Agency order number must be unique from transaction to transaction and from year to year (e.g., 03-001, 03-002, etc.; "03" represents the fiscal year of issue). Agency order number must not exceed fifteen (15) characters in length. This number must also be placed on all supplier invoices and packing slips in order to process payments and receive products and services.

3. **AMENDMENT NO.:** Enter the appropriate amendment number (e.g., 1, 2, 3, etc.) as amendments occur. Amendments are necessary when ANY change in the order occurs. This includes change in descriptions, costs, quantities, etc.

4. **DATE:** Enter the date the order is prepared. The month and day should be indicated with two (2) digits and the year with four (4) digits (i.e., July 1, 2003 is 07/01/2003).

5. **PAGE OF PAGE:** Enter page number and total number of pages for each order. This should be shown with two (2) digits (e.g., enter 01/01 for page 1 of 1). If needed, use STD. 65A (Purchasing Authority Purchase Order Continuation).

6. **AGENCY BILLING CODE:** Enter Agency Billing Code. A five-digit or six-digit code issued by the Department of General Services (DGS) for billing purposes.

7. **PURCHASING AUTHORITY NUMBER:** Enter your department's purchasing authority number as assigned by DGS. This number MUST be entered for all IT transactions $0.00 and over and Non-IT goods transactions over $100.00.

8. **LEVERAGED PROCUREMENT AGREEMENT (LPA) NO.:** Enter the appropriate leveraged procurement agreement number (e.g., California Multiple Award Schedule (CMAS) Contract, Master Agreement, State Price Schedule, etc.).

9. **INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER:** For procurement of information technology goods or services, enter one of the following identification numbers: Project Number, Department Assigned Internal Project Number, Department Assigned Work Group Computing Justification Form Number (WCJF).

10. **AGENCY TRACKING/REQUISITION NUMBER:** Enter any agency internal purchase request(s) number to assist with internal tracking of this purchasing authority purchase order.

11. **PAYMENT TERMS:** Cash discount offered by the supplier if payment is postmarked within a specific number of days (discount period) or a discount offered per the contract terms (e.g., 2% Net 30, Net 30).

12. **CERTIFIED SMALL BUSINESS, MICROBUSINESS AND CERTIFIED DISABLED VETERAN BUSINESS ENTERPRISE:** Check the appropriate box(es) if the supplier is a California certified Small Business/Microbusiness or DVBE as certified by the Office of Small Business and DVBE Certification (OSDC). Verify expiration date and enter date in the space provided.

13. **REQUIRED DELIVERY DATE:** Enter the required delivery date for all items, or indicate the time period after receipt of order (ARO) for delivery. If multiple delivery dates are required enter "see item" or "as specified" and include specific dates in the item description or use an attachment to define. Date(s) should be the same as established in any applicable solicitation, or leveraged procurement agreement, unless otherwise agreed upon, in writing, signed by all parties and approved as required.

14. **SHIPPING INSTRUCTIONS:** Enter shipping information such as Free on Board (F.O.B.); Destination (DEST); Freight (FRT); Prepaid (PPD); F.O.B. Destination, Freight Prepaid and Add (PPD/ADD); F.O.B. Origin, Freight Collect (COLL). If assistance is needed, contact DGS Procurement Division (PD) Transportation Management (TM) for contracted carrier information.

15. **ITEM NUMBER:** Enter item number(s) in sequential order.

16. **QUANTITY:** Enter appropriate numeric quantity.

17. **UNIT:** Enter the order unit of measure. Examples: **ea** - each; **pk** - package; **bx** - box; **st** - set.

18. **COMMODITY CODE** or **PRODUCT CODE** or **SERVICES ID NUMBER:** Include the applicable commodity code, product code, or services identification number, i.e., PIN number, part number, catalog number, SKU number, etc. in this column.

19. **RECYCLED PRODUCT:** Check the "Recycle" column when the product being purchased is a reportable product. Reportable products are any products that fall into one of the following categories: antifreeze, compost/co-compost, glass, lubricating oils, paint, plastic products, paper products, printing and writing papers, solvents, steel, tires, and/or tire-derived products.

20. **PRODUCT OR SERVICES DESCRIPTION:** For leveraged procurement agreements established by DGS, enter the description exactly as worded in the referenced agreement. For other acquisitions, use wording to accurately describe the product(s) or services ordered, including brand, model, version, etc. Descriptions should include all features, components, supplies, etc., or reference to attachments with detailed descriptions.

21. **UNIT PRICE:** The unit price or service rate (e.g., hourly, weekly or monthly rate) must be entered for each line item. For leveraged procurement agreements established by DGS, enter the unit price stated in the referenced LPA. For other acquisitions, enter the unit price contained in the supplier's bid, proposal, or as negotiated.

22. **EXTENSION TOTAL:** Multiply the product quantity times the unit price and enter the result.

23. **TERMS AND CONDITIONS:**

    A-1: For competitive or non-competitive bids check the applicable box(es) to indicate the appropriate General Provisions are being used and are incorporated into the order and insert the applicable revision date. Use the version contained in the solicitation and resulting bid with the supplier. A hard copy must be attached, OR reference made to the Procurement Division web page at www.dgs.ca.gov/pd.

    OR

    A-2: Check the second box if the order is being placed under a leveraged procurement agreement, as those agreements contain all the required terms and conditions.

    B: Check the third box if any Agency Special Provisions are applicable. Agency Special Provisions may be used to supplement the general provisions and/or tailor the purchase order as agreed upon by all parties. To insert Agency Special Provisions, insert, on the blank line, the name (or other identification) of the form or document used.

    C: Check this box as applicable when attaching specifications, Statement of Work or using IT model language modules.

24. **PROCUREMENT METHOD:** Check the appropriate box as applicable to the transaction being issued. For more information on requirements for each method, refer to the purchasing authority manual available on the DGS Procurement Division web page. "Exempt" should be checked for those transactions exempted by law (e.g., sheltered workshop or Community Based Rehabilitation Programs [CBRP] purchases).

25. **VERIFIED NO STATE SURPLUS AVAILABLE:** Check the appropriate box in support of the agency's effort to use existing State inventory as appropriate prior to an acquisition.

26. **PAID BY CAL-CARD:** Check the appropriate box.

---

| **DISTRIBUTION:** | **COPY 1:** SEND TO SUPPLIER | **COPY 3:** PACKING SLIP |
|---|---|---|
| The Purchasing Authority Purchase Order MUST be distributed as follows: | **COPY 2:** DEPARTMENT OF GENERAL SERVICES<br>Procurement Division<br>Data Entry Unit - Second Floor<br>P.O. Box 989052, West Sacramento, CA 95798-9052<br>DGS Procurement Division's mailing address is pre-printed on the back of Copy 2<br>for mailing purposes *(fits #10 window envelopes).* | *(Send to supplier)*<br><br>**COPIES 4 – 6:** AGENCY PROCUREMENT FILE |

# PURCHASING AUTHORITY PURCHASE ORDER

STATE OF CALIFORNIA — GENERAL SERVICES PROCUREMENT DIVISION
STD. 65 (REV. 7/2003)

*2025 Land Rover Range Rover Autobiography – VIN SALK1BE94SA277197*

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |

SUPPLIER: The numbers identified above MUST be shown on the Invoice & Packing Slip.

| DATE | PAGE OF PAGE |
|---|---|
| ON DEMAND | |

**SHIP TO:** COREY SCOTT PRESLEY ESTATE

**BILL TO:** SAME AS " SHIP TO"

| AGENCY BILLING CODE | |
|---|---|
| PURCHASING AUTHORITY NUMBER | 23012444-1 |
| LEVERAGED PROCUREMENT AGREEMENT NO. | |

TO SUPPLIER ADDRESS *(Type or Print Legibly)*

Jaguar Land Rover Woodland Hills 22006 West Erwin Street

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

AGENCY OR BUYER INFORMATION

AGENCY TRACKING/REQUISITION NUMBER *(Optional)*

| AGENCY NAME | CONTACT NAME |
|---|---|
| CONTACT E-MAIL ADDRESS | |
| CONTACT PHONE NUMBER | CONTACT FAX NUMBER |

*THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.*

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|
| Kevin Butler | 818.501.2183 | | butlerk@autonation.com |

PAYMENT TERMS: N/A

CERTIFICATION NUMBER:

☐ Certified Small Business  ☐ Certified Microbusiness  EXPIRATION DATE   ☐ Certified DVBE  EXPIRATION DATE

REQUIRED DELIVERY DATE: **IMMEDIATE –**

SHIPPING INSTRUCTIONS: ☑ F.O.B. Destination FRT. PPD  ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O.  ☐ F.O.B. ORIGIN  CITY OF ORIGIN  STATE  ZIP CODE

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMOE | | 2025 Land Rover Range Rover Auutobiograph | $180,270.00 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.6 0 | $172,244.66 |
| | | | | | | 0 | |
| 1 | | | 071-CONTINGE | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | 2YF | | | | ?Insurance:  $6,500/year | $13,000.00 | $13,000.00 |
| | 2yrs | | | | ?Maintenance/Service contract:  $3,500/year | $7,000.00 | $7,000.00 |
| | 2yrs | | | | ?Private registration:  $2,250/year | $4,500.00 | $4,500.00 |
| | 2yrs | | | | ?Fuel & Operatinig Reserve:  $6,000/year | $12,000.00 | $12,000.00 |
| | 2yrs | | | | ?Reserves/Inflation cushion: | $34,239.10 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.10 | $70,739.10 |

**TERMS AND CONDITIONS**

A-1 ☑ General Provisions are incorporated herein by reference to:
☐ Form GSPD - 401Non-IT Commodities (revision date _____ )  OR  ☐ Form GSPD - 401IT (revision date _____ )
☑ ATTACHED  OR  ☐ Published at website: www.dgs.ca.gov/pd

A-2  This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B  Agency Special Provisions are attached and titled _____

C  Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ COMPETITIVE: Solicitation Number *(if applicable)*
☐ LEVERAGED  ☐ DVBE / SMALL BUSINESS (GC 14838.5(a))  ☐ NON-COMPETITIVELY BID  ☑ EXEMPT

* NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here.

| | TAXABLE SUBTOTAL | |
|---|---|---|
| TAX RATE | SALES TAX | 0 |
| * INSTALLATION | | |
| * SHIPPING/ FREIGHT | | |
| * OTHER NON-TAXABLE | | |

| PROGRAM / CATEGORY *(Code and Title)* | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE | PAID BY CAL-CARD | GRAND TOTAL |
|---|---|---|---|---|
| FULL FAITH & CR | ☑ YES ☐ NO | ☐ YES ☑ NO | 0 | $ 268,375.79 |

| ITEM | CHAPTER | STATUTE | FISCAL YEAR | OBJECT OF EXPENDITURE (CODE AND TITLE) | O.E. |
|---|---|---|---|---|---|
| 2025 Land Rover Range Rover A | California | Federal R | 2025 | Automobile Acquisition w/ Contingency | ☐ EQ. |

**CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER**

I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

| UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER | |
|---|---|
| ADJUSTMENT INCREASING ENCUMBRANCES | |
| ADJUSTMENT DECREASING ENCUMBRANCES | |
| CERTIFIED CORRECT (SIGNATURE) | |

AUTHORIZING NAME *(Print or Type)*: Presley, Corey S./Trustee/Signa

TITLE: Power of Attorney for

AUTHORIZING SIGNATURE

DISTRIBUTION:    Copy 1 - Supplier;    Copy 2 - DGS Procurement;    Copy 3 - Packing Slip;    Copies 4–6 - Agency Procurement File

STATE OF CALIFORNIA - GENERAL SERVICES PROCUREMENT DIVISION

# PURCHASING AUTHORITY PURCHASE ORDER

STD. 65 (REV. 7/2003)

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |

2025 Land Rover Range Rover Autobiography -

| SUPPLIER: The numbers identified above MUST be shown on Invoice & Packing Slip. | DATE | PAGE OF PAGE |
|---|---|---|
| | ON DEMAND | |

| SHIP TO | COREY SCOTT PRESLEY ESTATE E | BILL TO | SAME AS " SHIP TO" | AGENCY BILLING CODE |
|---|---|---|---|---|

PURCHASING AUTHORITY NUMBER
23012444-1

LEVERAGED PROCUREMENT AGREEMENT NO.

INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER

TO SUPPLIER ADDRESS (Type or Print Legibly)

Jaguar Land Rover Woodland Hills 22006 West Erwin Street

| AGENCY OR BUYER INFORMATION | AGENCY TRACKING/REQUISITION NUMBER (Optional) |
|---|---|
| AGENCY NAME | CONTACT NAME |
| CONTACT E-MAIL ADDRESS | |
| CONTACT PHONE NUMBER | CONTACT FAX NUMBER |

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

| SUPPLIER CONTACT NAME | SUPPLIER PHONE NUMBER | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS |
|---|---|---|---|
| Kevin Butler | 818.501.2183 | | butlerk@autonation.com |

| PAYMENT TERMS | CERTIFICATION NUMBER N/A | | ☐ Certified Small Business | ☐ Certified Microbusiness | | ☐ Certified DVBE | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|

| REQUIRED DELIVERY DATE IMMEDIATE – | SHIPPING INSTRUCTIONS | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | ☐ F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMOE | | 2025 Land Rover Range Rover Auutobiograph | $180,270.00 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.6 0 | $196,636.69 |
| | | | | | | 0 | |
| 1 | | | 071-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | 2YF | | | | ?Insurance: $6,500/year | $13,000.00 0 | $13,000.00 |
| | 2yrs | | | | ?Maintenance/Service contract: $3,500/year | $7,000.00 0 | $7,000.00 |
| | 2yrs | | | | ?Private registration: $2,250/year | $4,500.00 0 | $4,500.00 |
| | 2yrs | | | | ?Fuel & Operatinig Reserve: $6,000/year | $12,000.00 0 | $12,000.00 |
| | 2yrs | | | | ?Reserves/Inflation cushion: | $34,239.10 0 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.10 0 | $70,739.10 |

| TERMS AND CONDITIONS | A-1 ☑ | General Provisions are incorporated herein by reference to: ☐ Form GSPD - 401Non-IT Commodities (revision date _____ ) OR ☐ Form GSPD - 401IT (revision date _____ ) ☑ ATTACHED OR ☐ Published at website: www.dgs.ca.gov/pd | TAXABLE SUBTOTAL | |
|---|---|---|---|---|
| | A-2 | This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text. | TAX RATE SALES TAX | 0 |
| | B | Agency Special Provisions are attached and titled | | |
| | C | Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages. | * NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here. | * INSTALLATION |
| | | | | * SHIPPING/ FREIGHT |
| PROCUREMENT METHOD ☐ COMPETITIVE: Solicitation Number (if applicable) ☐ LEVERAGED ☐ DVBE / SMALL BUSINESS (GC 14838.5(a)) ☐ NON-COMPETITIVELY BID ☑ EXEMPT | | | | * OTHER NON-TAXABLE |

| PROGRAM / CATEGORY (Code and Title) FULL FAITH & CF | FUND TITLE | VERIFIED NO STATE SURPLUS AVAILABLE ☑ YES ☐ NO | PAID BY CAL-CARD ☐ YES ☑ NO | GRAND TOTAL 0 | $ 268,375.79 |
|---|---|---|---|---|---|

| ITEM 2025 Land Rover Range Rover A | CHAPTER California | STATUTE Federal R | FISCAL YEAR 2025 | OBJECT OF EXPENDITURE (CODE AND TITLE) Automobile Acquisition w/ Contingency | ☐ O.E. ☐ EQ. |
|---|---|---|---|---|---|

| CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER | UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER | |
|---|---|---|
| I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with. | ADJUSTMENT INCREASING ENCUMBRANCES | |
| AUTHORIZING NAME (Print or Type) Presley, Corey S./Trustee/Signa | TITLE Power of Attorney for | ADJUSTMENT DECREASING ENCUMBRANCES |
| AUTHORIZING SIGNATURE | CERTIFIED CORRECT (SIGNATURE) | |

# PURCHASING AUTHORITY PURCHASE ORDER

STD. 65 (REV. 7/2003)

STATE OF CALIFORNIA—GENERAL SERVICES PROCUREMENT DIVISION

2025 Land Rover Range Rover Autobiography -

| CONTRACT REGISTRATION NUMBER | AGENCY ORDER NUMBER | AMENDMENT NO. |
|---|---|---|
| PAS-20250820-CSP-RRAN | | |
| SUPPLIER: The numbers identified above MUST be shown on Invoice & Packing Slip. | DATE ON DEMAND | PAGE   OF   PAGE |

**SHIP TO:** COREY SCOTT PRESLEY ESTATE E

**BILL TO:** SAME AS " SHIP TO"

| AGENCY BILLING CODE |
|---|
| PURCHASING AUTHORITY NUMBER 23012444-1 |
| LEVERAGED PROCUREMENT AGREEMENT NO. |

TO SUPPLIER ADDRESS
(Type or Print Legibly)

Jaguar Land Rover Woodland Hills22006 West Erwin StreetW

THIS AGREEMENT AND ALL ATTACHMENTS ARE SUBJECT TO THE ATTACHED NON-DISCLOSURE AGREEMENT, WHICH IS BINDING UPON PRESENTATION, REVIEW, OR RETENTION.

| INFORMATION TECHNOLOGY PROJECT IDENTIFICATION NUMBER | | |
|---|---|---|
| AGENCY OR BUYER INFORMATION | AGENCY TRACKING/REQUISITION NUMBER (Optional) | |
| | AGENCY NAME | CONTACT NAME |
| | CONTACT E-MAIL ADDRESS | |
| | CONTACT PHONE NUMBER | CONTACT FAX NUMBER |

| SUPPLIER CONTACT NAME Kevin Butler | SUPPLIER PHONE NUMBER 818.501.2183 | SUPPLIER FAX NUMBER | SUPPLIER E-MAIL ADDRESS butlerk@autonation.com |
|---|---|---|---|

| PAYMENT TERMS | CERTIFICATION NUMBER N/A | ☐ Certified Small Business | ☐ Certified Microbusiness | EXPIRATION DATE | ☐ Certified DVBE | EXPIRATION DATE |
|---|---|---|---|---|---|---|

| REQUIRED DELIVERY DATE IMMEDIATE — | SHIPPING INSTRUCTIONS | ☑ F.O.B. Destination FRT. PPD | ☐ F.O.B. Destination FRT. PPD/ADD Freight not to exceed cost stated on P.O. | ☐ F.O.B. ORIGIN | CITY OF ORIGIN | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|

| ITEM NUMBER | QUANTITY | UNIT | COMMODITY CODE or PRODUCT CODE or SERVICES ID NUMBER | RECYCLED PRODUCT | PRODUCT OR SERVICES DESCRIPTION | UNIT PRICE | EXTENSION TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 071-AUTOMOE | | 2025 Land Rover Range Rover Auutobiograph | $180,270.00 | $180,270.00 |
| | | | | | SEE ATTACHED PURCHASE ORDER | $196,636.6 0 | $196,636.69 |
| | | | | | | 0 | |
| 1 | | | 071-CONTINGI | | 35% BUFFER FOR 2 YEARS OF INSURANCE | 0 | |
| | 2YF | | | | ?Insurance:  $6,500/year | $13,000.00 | $13,000.00 |
| | 2yrs | | | | ?Maintenance/Service contract:  $3,500/year | $7,000.00 | $7,000.00 |
| | 2yrs | | | | ?Private registration:  $2,250/year | $4,500.00 | $4,500.00 |
| | 2yrs | | | | ?Fuel & Operatinig Reserve:  $6,000/year | $12,000.00 0 | $12,000.00 |
| | 2yrs | | | | ?Reserves/Inflation cushion: | $34,239.10 0 | $34,239.10 |
| | | | | | TOTAL 2 YEAR CONTINGENCY RESERVE | $70,739.10 0 | $70,739.10 |

**TERMS AND CONDITIONS**

A-1  ☑ General Provisions are incorporated herein by reference to:
☐ Form GSPD - 401Non-IT Commodities (revision date _____)   OR   ☐ Form GSPD - 401IT (revision date _____)
☑ ATTACHED   OR   ☐ Published at website: www.dgs.ca.gov/pd

A-2  This order is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced in the block titled Leveraged Procurement Agreement No.) are incorporated herein by reference as if set forth in full text.

B  ☐ Agency Special Provisions are attached and titled _____

C  ☐ Any other attachments, such as specifications, Statement of Work, or Information Technology Model Language Modules, are identified in the product or services description area or on continuation pages.

**PROCUREMENT METHOD**
☐ COMPETITIVE: Solicitation Number (if applicable) _____
☐ LEVERAGED   ☐ DVBE / SMALL BUSINESS [GC 14838.5(a)]   ☐ NON-COMPETITIVELY BID   ☑ EXEMPT

| TAXABLE SUBTOTAL | |
|---|---|
| TAX RATE | SALES TAX   0 |
| * NOTE: If there are variable charges for Installation, Shipping or Freight, or Other Non-Taxable Services, detail per line item and enter total here. | * INSTALLATION |
| | * SHIPPING/ FREIGHT |
| | * OTHER NON-TAXABLE |

**PROGRAM / CATEGORY (Code and Title)** FULL FAITH & CR

| FUND TITLE California | STATUTE Federal R | FISCAL YEAR 2025 | OBJECT OF EXPENDITURE (CODE AND TITLE) Automobile Acquisition w/ Contingency |
|---|---|---|---|

VERIFIED NO STATE SURPLUS AVAILABLE  ☑ YES  ☐ NO     PAID BY CAL-CARD  ☐ YES  ☑ NO

| GRAND TOTAL   0 | $268,375.79 |
|---|---|

**ITEM** 2025 Land Rover Range Rover A

O.E. ☐   EQ. ☐

## CERTIFICATION AND APPROVAL OF EXECUTIVE OFFICER

I HEREBY CERTIFY, on personal knowledge, that this order for purchasing the items specified above is issued in accordance with the procedure prescribed by law governing the purchase of such items for the State of California; and that all such legal requirements have been fully complied with.

| UNENCUMBERED REMAINDER AFTER POSTING THIS ORDER TO ALLOTMENT EXPENDITURE LEDGER |
|---|
| ADJUSTMENT INCREASING ENCUMBRANCES |
| ADJUSTMENT DECREASING ENCUMBRANCES |

AUTHORIZING NAME (Print or Type) Presley, Corey S./Trustee/Signa

TITLE Power of Attorney for

AUTHORIZING SIGNATURE

CERTIFIED CORRECT (SIGNATURE)

DISTRIBUTION:     Copy 1 - Supplier;     Copy 2 - DGS Procurement;     Copy 3 - Packing Slip;     Copies 4–6 - Agency Procurement File

**DEPARTMENT OF GENERAL SERVICES**
Procurement Division
Data Entry Unit - Second Floor
P.O. Box 989052
West Sacramento, CA  95798-9052